**EXHIBIT C**

| From: | shiva rhezaii |
| --- | --- |
| To: | moslehi parham |
| | farzad zandi |
| | ; farshid ghanizadegan |
| Cc: | |
| Bcc: | |
| Subject: | Re: NIOC Operation Area & Boats Inspection |
| Date: | Mon Jan 07 2013 07:13:43 EST |
| Attachments: | image001.png |

salam , shoma khoobin?
attachmentatoon nayoomade lotfan dobare befrestid.

mamnoon
felan!

From: moslehi parham
To: ; farzad zandi
; Farshid Ghanizadegan ; shiva rhezaii
Sent: Monday, 7 January 2013, 13:19
Subject: Fw: NIOC Operation Area & Boats Inspection

Salam khanoom Rezaee,
Omidvaram haletoon khoob bashe! Khanoom in passport e 2 nafar az bazdid konandehaye site e operation e kashtyhast. Jenabe aghaye Zandi dar jaryanand. Aslan ham vaght nadarim, Man male khodam va male Mesutbey ro ham baratoon mifrestam.
Kheyli mamnoon misham ke ba aghaye Zandi hamahang konid ke che karhaee bayad anjam she!
Felan!

----- Forwarded Message -----
From: moslehi parham
To: FORCEMAR SHIPPING <info@forcemar.com>
Sent: Monday, January 7, 2013 11:41 AM
Subject: Re: NIOC Operation Area & Boats Inspection

Der Murat,
Thank you very much! I'll take care of it.
Regards,
Parham

From: FORCEMAR SHIPPING <info@forcemar.com>
To: info@royalcraft.com; 'moslehi parham'
Sent: Monday, January 7, 2013 11:38 AM
Subject: RE: NIOC Operation Area & Boats Inspection

Dear Mr. Parham,

Good week !,

Further to your telcon this morning, attached are the passaports of the attendors for the purpose of necessary pemissions for visiting places at operational field

Thank You


Best Regards

Member of Shipbrokers' Association Turkey
Murat Perisanoglu
FORCEMAR Shipping & Towage Services
Tel : + 90 212 705 36 06
Fax: + 90 212 705 36 36
Gsm: +90 532 257 28 06
E-Mail : info@forcemar.com
Address : Veko Giz Plaza No: 3/ 43 Maslak, Istanbul - Turkey



From:FORCEMAR SHIPPING [mailto:info@forcemar.com]
Sent: Saturday, January 5, 2013 8:37 PM
To: info@royalcraft.com
Cc: 'moslehi parham'
Subject: NIOC Operation Area & Boats Inspection

Dear Mr. Mesut,

Good day,

With the reference of our discussion between you and Mr. Reza during our visit to your Office on Friday. We have agreed on the inspection of the operation area of NIOC for the needs of the tug boats and other vessels. Appreciate if you could organize the trip and inspection for coming Tuesday and Wednesday. Following are the names of attendors from Forcemar Shipping for you to arrange flight & Acommodation bookings.

1-   Murat Perisanoglu - Broker
2-   Serdar Durmus – Captain & Tug owner

We look forward remittence of 3,000 $ to our following account for the cover of our service as per 2 days base.

Please take attention to the visiting places which should only able to see the vessels, terms and conditions of working area in order for us to plan our operation. Looking forward for your flight and trip organization details.


Have a good weekend.

Best Regards

Member of Shipbrokers' Association Turkey

Murat Perisanoglu
FORCEMAR Shipping & Towage Services
Tel : + 90 212 705 36 06
Fax: + 90 212 705 36 36
Gsm: +90 532 257 28 06
E-Mail : info@forcemar.com
Address : Veko Giz Plaza No: 3/ 43 Maslak, Istanbul - Turkey