**EXHIBIT D**

| From: | royal denizcilik ve end. mak. san. a.ş <info@royalcraft.com> |
|---|---|
| To: | <info@60years.net> |
| Cc: | "parham moslehi" ▮▮▮▮▮ ; ▮▮▮▮▮ ; ▮▮▮▮▮ ; ▮▮▮▮▮ |
| Bcc: | |
| Subject: | FW: REQUEST FOR INFORMATION |
| Date: | Tue Jan 22 2013 03:57:21 EST |
| Attachments: | |

From: PETROIRAN ▮▮▮▮▮
Sent: Tuesday, January 22, 2013 6:53 AM
To: INFO@ROYALCRAFT.COM
Subject: REQUEST FOR INFORMATION

KIND REMINDER : PLEASE REPLY

TO : ROYAL CRAFT COMPANY

ATTN : MR. MESUT KARAARSLAN , THE GENERAL MANAGER

DEAR MR. MESUT KARAARSLAN

I AM WRITING ON BEHALF OF THE PETROIRAN COMPANY , ONE OF SUBSIDIARIES OF THE NATIONAL IRANIAN OIL COMPANY (NIOC) .

REF TO YOUR OFFICIAL LETTER TO MR. AHMAD GHALEBANY (THE MANAGING DIRECTOR OF THE NIOC) ON 14 JAN 2013 , WE WOULD LIKE TO INITIATE OUR BUSINESS COOPERATION WITH YOUR HONORABLE COMPANY IN MARINE AND OFFSHORE FIELDS .

BUT IN ORDER TO GET MORE FAMILIARIZED WITH YOUR SCOPE OF SERVICES , WE WOULD LIKE TO HAVE MORE INFORMATION ABOUT YOUR COMPANY .

SO , YOU ARE ASKED TO KINDLY PROVIDE US WITH THE FOLLOWING INFORMATION :

1) FULL COMPANY PROFILE

2) FULL-DETAILED BUSINESS REFERENCES ON :

    A) MARINE / SUBMARINE / OFFSHORE / ONSHORE PROJECTS

    B) SUBSEA / OFFSHORE OPERATIONS SUCH AS :

        - INSTALLATION OF SPOOLS & RISERS

        - ROV SERVICES

        - METROLOGY

        - PIPELINE INSPECTION (INTELLIGENT PIG RUNNING)

        - PRE-COMMISSIONING (CLEANING , DEWATERING , DRYING , FLOODING , GAUGING , ...)

    C) FABRICATION OF JACKETS & TOPSIDES

3) FULL CONTACT DETAILS OF YOUR AGENT IN IRAN

YOUR KIND ATTENTION AND QUICK REPLY WOULD BE GREATLY APPRECIATED .

YOURS SINCERELY

REZA REZAEE

SENIOR BUYER

19 JAN 2013

================================

NIOC - PETROIRAN (PEDCO)

THIRD FLOOR , NO. 20 , CORNER OF SHAHID TABRIZIAN ALLEY , SHAHID DASTGERDI (EX ZAFAR) STREET , SHARIATI AVENUE , TEHRAN , IRAN .

TEL : 0098 21 2330 2320

FAX : 0098 21 2291 4798

E-MAIL :   <mailto:R.REZAEE@PETROIRAN.COM> R.REZAEE@PETROIRAN.COM   , NIOC_PETROIRAN@YAHOO.COM

MOBILE (EMERGENCY CASES) : 0098 912 593 4881