[PAGES OMITTED]