**EXHIBIT F**
















