**EXHIBIT H**

# *Reza Zarrab Secretly Donated Almost $5m To Emine Erdoğan's Togem-Der*

*A bail application for Reza Zarrab, a Turkish-Iranian businessman in US jail awaiting charges of evading sanctions, has revealed he donated $4.65m to Emine Erdoğan's Togem-Der, despite not being listed anywhere on their website as a benefactor.*

May 20, 2016, 12:41



Reza Zarrab's bail application reveals that since 2013 he has donated $4,650,000 to Togem-Der, a Turkish non-profit organization founded by the first lady Emine Erdoğan; however, he is not named on the benefactor list given on their website.

On Wednesday (May 18), the lawyer of Zarrab — a Turkish-Iranian businessman who is jailed in the US on charges of conspiring to evade economic sanctions against Iran — proposed his client be released on bail with a $50 million bond and strict conditions to ensure he would not escape.

In Zarrab's bail application letter, the lawyer wrote, "In Turkey, he is a respected businessman who is devoted to his family and philanthropic causes," and gave details of

the important charitable causes he supports. To prove this, he gave details of Zarrab's charitable contributions totaling in excess of $5 million, mostly to Togem-Der.

Togem-Der is a Turkish non-profit organization focusing on early detection and education for the mentally disabled, tuition support for low-income families, vocational programs and general assistance to the poor.

President Recep Tayyip Erdoğan's spouse, Emine Erdoğan, was the founder of the organization and their daughters, Sümeyye Erdoğan and Esra Albayrak, are among the benefactors. Beyhan Nilser Bağış, an executive board member of Togem-Der is the wife of Egemen Bağış, a former minister that resigned after the 2013 corruption scandal, which Zarrab was at the center of. It was alleged Zarrab bribed ministers — for citizenship for his family members and trade help from banks, among other things — and Erdoğan's son, Bilal.

The bail application letter also said Zarrab's philanthropic activities had started at a conference he attended in İstanbul in 2012, which was sponsored by Togem-Der. It said, "As the young father of a one-year-old daughter, Mr. Zarrab was touched by the organization's work, and driven by his general concern for the underprivileged".

After attending the Togem-Der conference, Zarrab began providing financial assistance to the organization on a monthly basis, asserted his lawyer. "His financial contributions to Togem-Der alone totaled approximately $850,000 in 2013, approximately $1 million in 2014, and approximately $2.3 million to date in 2016".

President Erdoğan described Zarrab as a "philanthropist" after the charges against him and those linked to government were dropped following the corruption scandal in 2013.

# *Was Davutoğlu Replaced For Not Paying Reza Zarrab's $2.7B Debt To Iran?*