**EXHIBIT I**


**8 captures**
6 Mar 14 - 1 Apr 16
NOV APR MAY
◀ **1** ▶
2015 **2016** 2017
Close ✕
Help ?







Haberler    Destek Verenler    Kampanyalar    Bağış    İletişim

# Yönetim Kurulu

**YÖNETİM ASİL VE YEDEK ÜYELİKLER**

| | |
|---|---|
| Saadet GÜLBARAN | Başkan |
| Nevin YAKUBOĞLU | Başkan Yardımcısı |
| Pelin EMİROĞLU | Sekreter |
| Asuman GÜRELİ | Sayman |
| Beyhan Nilser BAĞIŞ | Asil üye |
| | |
| Aynur AKBALIK | Yedek üye |
| Aysel DOĞAN | Yedek üye |
| Hatice Seher AYDINLAR | Yedek üye |
| Nur Ala ALİŞ | Yedek üye |
| Zehra BÜYÜKEKŞİ | Yedek üye |

**DENETİM KURULU ASİL VE YEDEK ÜYELİKLER**

| | |
|---|---|
| Rukiye Zeynep ÖZTÜRK | Denetim kurulu başkanı |
| Ebru ÖZDEMİR KIŞLALI | Asil üye |
| Yasemin SOLMAZ | Asil üye |
| | |
| Fahriye Gaye SOMUNCU | Yedek üye |
| İlknur Ebru ATAÇ | Yedek üye |
| Münevver GEYLAN | Yedek üye |



- Hakkımızda
  - Hakkımızda
  - Amacımız
  - Yönetim Kurulu
  - Mali Tablolar
  - Togem Der Tüzüğü
- Faaliyetler
- Projeler
- Multimedya
- Basında Biz

**Togem** © 2013

**İletişim:**

Adres : Selimiye Mah. Atölyeler Cad. No:3
(Veterinerlik Sağlık Meslek Lisesi Yanı)
Üsküdar/ İSTANBUL
Tel   : +(90)216 5328700 - 01
Faks : +(90)216 492 3175
e-posta : admin@togem-istanbul.org