```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/26/16
```

# BRAFMAN & ASSOCIATES, P.C.

ATTORNEYS AT LAW

767 THIRD AVENUE, 26TH FLOOR

NEW YORK, NEW YORK 10017

TELEPHONE: (212) 750-7800

FACSIMILE: (212) 750-3906

E-MAIL: BBRAFMAN@BRAFLAW.COM

**MEMO ENDORSED**

BENJAMIN BRAFMAN

ANDREA ZELLAN
JOSHUA D. KIRSHNER
JACOB KAPLAN
ALEX SPIRO

MARK M. BAKER
OF COUNSEL

MARC AGNIFILO
OF COUNSEL
ADMITTED IN N.Y. AND N.J.

*Application Granted.*

May 26, 2016

**VIA ECF**
Honorable Richard M. Berman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

RE: **UNITED STATES V. REZA ZARRAB**
S1 15 CR. 867 (RMB)

SO ORDERED:
Date: 5/26/16
Richard M. Berman, U.S.D.J.

Dear Judge Berman:

We represent **REZA ZARRAB** in the above captioned matter.

We respectfully submit, that given the Government's inaccurate and fundamentally flawed arguments contained in their opposition to our bail application, it is imperative that the Court permit us to submit a brief Reply Memorandum. Because of the intervening Holiday, we respectfully ask permission to file our Reply by Noon on Tuesday, May 31, 2016. We do not seek an adjournment of the Detention Hearing now set for June 2, 2016 at 10:00 a.m., but feel that we must provide your Honor with some very important additional information before the Court is asked to decide this critical issue.

Thank you for the courtesy this Court has always extended to counsel in all matters.

Respectfully,

Benjamin Brafman

cc: *Sidhardha Kamaraju (Sidhardha.Kamaraju@usdoj.gov)*
*Michael Lockard (Michael.Lockard@usdoj.gov)*