

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

MEMO ENDORSED

May 31, 2016

Application granted in part as follows: limit of 10 pp double-spaced + file by 12:30 p.m. today.

SO ORDERED:
Date: 6/1/16
Richard M. Berman, U.S.D.J.

**BY ECF**

Honorable Richard M. Berman
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 1650
New York, New York 10007

    Re:    <u>United States</u> v. <u>Reza Zarrab</u>,
            S1 15 Cr. 867 (RMB)

Dear Judge Berman:

       The Government respectfully requests permission to submit a brief response to the defendant's reply memorandum filed earlier today. The purpose of the proposed response is to make available to the Court information upon which the Government intends to rely in response to the arguments raised in the defendant's reply prior to the hearing scheduled for June 2, 2016. If the Court permits the response, the Government proposes that it file its submission by 2 pm on June 1, 2016.

                                      Respectfully submitted,

                                      PREET BHARARA
                                      United States Attorney for the
                                      Southern District of New York

                    By:         /s/
                                      Michael D. Lockard
                                      Sidhardha Kamaraju
                                      Assistant United States Attorneys
                                      (212) 637-2193/6523

cc:    Benjamin Brafman, Esq.