# BRAFMAN & ASSOCIATES, P.C.

ATTORNEYS AT LAW

767 THIRD AVENUE, 26TH FLOOR

NEW YORK, NEW YORK 10017

TELEPHONE: (212) 750-7800

FACSIMILE: (212) 750-3906

E-MAIL: BBRAFMAN@BRAFLAW.COM

**MEMO ENDORSED**

p2

BENJAMIN BRAFMAN

MARK M. BAKER
OF COUNSEL

ANDREA ZELLAN
JOSHUA D. KIRSHNER
JACOB KAPLAN
ALEX SPIRO

MARC AGNIFILO
OF COUNSEL
ADMITTED IN N.Y. AND N.J.

~~UNDER SEAL~~



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/1/16

May 31, 2016

**VIA HAND DELIVERY**
Honorable Richard M. Berman
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

Re: **United States v. Reza Zarrab**,
S1 15 Cr. 867 (RMB)

Dear Judge Berman:

As your Honor is aware, this firm represents **REZA ZARRAB** in connection with the above-captioned Indictment.

We respectfully enclose the original affirmation of Joseph Jaffe, Chief Compliance Officer, Deputy General Counsel and Senior Managing Director of Guidepost Solutions, LLC as referenced in our Reply Memorandum in Support of Mr. Zarrab's Bail Application filed earlier today. Due to the sensitive nature of the security concerns discussed in the affirmation, we respectfully request that your Honor file this affirmation under seal.

Thank you for the courtesy your Honor has always extended to counsel in all proceedings.

Respectfully,

Ben Brafman

cc: Sidhardha Kamaraju (Sidhardha.Kamaraju@usdoj.gov)
Michael Lockard (Michael.Lockard@usdoj.gov)

-1-

      The Court believes that openness - - not sealing - - is invariably the best approach. The only privacy related matter in the Jaffe affirmation appears to be the address in paragraph 7 which may be redacted. The Jaffe affirmation should be refiled today on the public docket without the address.

SO ORDERED:
Date: June 1, 2016

                                                 *RMB*
                                    Richard M. Berman, U.S.D.J.