| | |
|---|---|
| From: | riza zarrab <riza_sf@hotmail.com> |
| To: | ▮ |
| Cc: | |
| Bcc: | |
| Subject: | FW: doc.21112013 |
| Date: | Tue Nov 26 2013 06:36:05 EST |
| Attachments: | doc23112013 001.jpg |
| | doc23112013 002.jpg |

Date: Tue, 26 Nov 2013 03:25:25 -0800
From: ▮
Subject: Fw: doc.21112013
To: RIZA_SF@HOTMAIL.COM

On Saturday, November 23, 2013 2:38 PM, Mansour Shojae ▮ wrote:
Sent from Yahoo Mail for iPhone

From:

ALNAFEES EXCHANGE <alnafees1999@yahoo.com>;

To:

Mansour Shojae ▮ ;

Subject:

doc.21112013

Sent:

Sat, Nov 23, 2013 9:29:44 AM

بسمه تعالی

# قرارداد همکاری مشترک

## طرفین قرارداد :

۱- شرکت استار اینترنشنال ترید گیت جنرال تریدینگ به مدیریت آقای حسین زیدی فرزند منصور دارای تابعیت سنت کیس و شماره پاسپورت RE0003453 آدرس دبی؛ دیره که از این پس طرف اول خوانده می شود و

۲- آقای رضا ضراب فرزند حسین دارای تابعیت ایرانی و پاسپورت شماره ؛ به آدرس از این پس طرف دوم نامیده می شود؛

## ماده (۱) موضوع شراکت :

همکاری مشترک بین دو طرف قرارداد برای ترغیب و جلب توجه:

- بانکها

- موسسات مالی – اعتباری

- موسسات و سازمانهای دولتی

- شرکتهای تجاری

در جمهوری اسلامی ایران به منظور انجام معاملات و امور ارزی و ریالی خود از طریق صرافی های می باشد؛

این همکاری مشترک ؛ محصور به فعالیت مذکور نمی باشد و علاوه بر امور ارزی و بانکی ؛ شامل طلا ؛ نفت و فعالیت های دیگر خواهد بود.

## ماده (۲) مدت قرارداد :

اعتبار این قرارداد به مدت یکسال از تاریخ ۱۹/۱۱/۲۰۱۳ تا ۱۹/۱۱/۲۰۱۴ می باشد که با توافق طرفین قابل تمدید خواهد بود و مادامی که قرارداد معتبر می باشد هیچ یک از طرفین حق فسخ قرارداد به صورت یک طرفه را ندارد مگر اینکه با تایید رسمی طرف مقابل باشد.

## ماده (۳) تعهدات طرفین :

طرف اول می بایستی با انجام مذاکره با بانکهای دولتی و خصوصی و موسسات مالی – اعتباری و شرکت های تجاری در داخل ایران ؛ آنها را علاقمند و متمایل به انجام امور ارزی و ریالی خود در قالب صرافی های    در دبی و صرافی های    و نهایتا بستن قرارداد در این زمینه با صرافی های مورد اشاره نماید.

۳-۱) طرف دوم قرارداد متعهد است که چنانچه طرف اول مبادرت به معرفی بانک ؛ موسسه مالی اعتباری ؛ موسسه دولتی یا شرکت تجاری برای انجام امور ارزی نمود در اسرع وقت وجوه لازم بدین منظور را تامین و به حساب ارزی بانکها و موسسات مذکور واریز نماید و در مقابل حساب خویش را جهت دریافت ارز متقابل در اختیار ایشان قرار دهد .

لازم به ذکر است که کلیه نقل و انتقالات ارزی داخل ایران از طریق بانک شهر بعنوان بانک عامل انجام خواهد شد و مسؤلیت تامین ارز یا ریال بر حسب نوع معامله و همچنین پیگیری امور مربوطه به عهده طرف دوم خواهد بود.

۳-۲) طرف دوم متعهد است پس از انجام معامله نحوه محاسبات و میزان دقیق سود حاصله از معامله را به اطلاع طرف اول برساند.

۳-۳) جهت هماهنگی و سرعت بیشتر عملیات مالی و ارزی ؛ طرف دوم اقدام به معرفی دو نفر از کارمندان خویش یکی در دبی و دیگری در صرافی    با ذکر سمت  و مسیولیتشان به طرف اول می نماید.

۳-۴) طرفین می بایست  اسرار شراکت و موضوع قراردادهایی  که با بانکها ؛ موسسات مالی ؛ اعتباری ؛ موسسات دولتی یا شرکت های تجاری منعقد میشود را حفظ نموده و به شخص ثالثی اعم از حقیقی و حقوقی انتقال ندهند.

۳-۵) طرفین حق مداخله در وظایف و تکالیف همدیگر را ندارند مگر اینکه با اجازه طرف مقابل باشد.

## ماده (۴) نحوه تقسیم سود هریک از طرفین :

۴-۱) میزان سهم سود هریک از طرفین ۵۰% خواهد بود که به منظور تسهیل امر حساب سود مشترک نزد طرف دوم ایجاد می گردد که مانده آن  هر ۱۵ روز به نسبت فوق الذکر تقسیم وسهم طرف اول  توسط طرف دوم به ایشان پرداخت خواهد شد.

بدیهی است  میزان سود قابل تقسیم پس از کسر هزینه ها و مخارجی که هر یک از طرفین ممکن است در راستای انجام معامله متحمل شده باشند صورت می گیرد و قبل از تقسیم می بایست به تایید طرفین رسیده باشد.

## ماده (۵) متفرقه:

۵-۱) هیچگونه اصلاح و تغییری در مقررات این قرارداد قابل قبول و معتبر نخواهد بود ؛ مگر اینکه مکتوب بوده و به امضای طرفین رسیده باشد که بعنوان ملحق و مکمل قرارداد محسوب خواهد شد.

۵-۲) در صورت قصور هر یک از طرفین در انجام تعهدات خویش لازم است ابتدا موضوع مورد بررسی قرار گرفته و طرفین حداکثر تلاش خود را در جهت رفع موضوع به عمل آورند ؛ در صورت عدم توافق می توانند یک یا چند داور برای رسیدگی به اختلافات مذکور تعیین نمایند. چنانچه موضوع مرتفع نگردید از طریق مراجع قانونی قابل پیگیری بوده و قانون حاکم بر این قرارداد قوانین و مقررات کشور امارات متحده عربی خواهد بود و در صورت لزوم تعیین داور،طرفین  برای تعیین داور  به مرکز داوری بین المللی دبی رجوع خواهند نمود و تصمیم داور نهایی برای طرفین لازم الاجرا خواهد بود.

## ماده (۶) قوه قهریه ( فورس ماژور ) :

بروز حوادث طبیعی و یا غیر طبیعی شامل : شورش ؛ جنگ داخلی یا عملیات نظامی یا بروز موقعیت های اضطراری که خارج از اختیار طرفین بوده و مطابق  با قواعد مربوط به فورس ماژور که توسط اتاق بازرگانی بین المللی ژنو بیان شده است  می باشد موجب سلب مسؤلیت طرفین خواهد بود .

در صورتیکه موضوع فوق به صورت بلند مدت ادامه یابد مدت قرارداد حاضر فسخ خواهد شد مگر اینکه طرفین بر ادامه یا تغییر آن توافق نمایند.

## ماده (۷) تعداد مواد و نسخ قرارداد :

این قرارداد در هفت ماده و در دو نسخه تنظیم می گردد که هریک از دو نسخه از این قرارداد در ید یکی از طرفین قرار خواهد گرفت.

امضا طرف اول             امضا طرف دوم             امضا شاهد اول             امضا شاهد دوم