UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,

                Government,

- against -

REZA ZARRAB,
                Defendant.
------------------------------------------------------------x

15 Cr 867 (RMB)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/9/16

       The Court is interested in viewing the (3) three Zarrab passports, i.e., the two held by defense counsel and one held by Pretrial Services.

       Counsel for the defense and for the Government are requested to make the passports available to the Court by noon on Monday, June 13, 2016 by hand delivering them to Chambers in secure envelopes. Copies should be prepared for opposing counsel and for counsels' files.

       The Court will return all three passports to Pretrial Services.

Dated: New York, New York
       June 9, 2016

                                                      RMB
                                                        _____
                                                        **RICHARD M. BERMAN**
                                                               U.S.D.J.

cc: Pretrial Services