U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/14/16

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 13, 2016

**BY ECF**

Honorable Richard M. Berman
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 1650
New York, New York 10007

**MEMO ENDORSED**

Re:  **United States** v. **Reza Zarrab**,
 S1 15 Cr. 867 (RMB)

Dear Judge Berman:

The Government writes to respectfully request an adjournment of the conference currently scheduled for June 16, 2016 in the above-referenced matter, due to conflicting work travel. After consulting with defense counsel, who consents to the requested adjournment, and Chambers, the Government asks that the conference be rescheduled to a time that is convenient for the Court on June 20, 2016.

Respectfully submitted,

PREET BHARARA
United States Attorney for the
Southern District of New York

By:  /s/
Michael D. Lockard
Sidhardha Kamaraju
Assistant United States Attorneys
(212) 637-2193/6523

cc: All Counsel (by ECF)

*Handwritten endorsement:* Conference Adjourned to 6/20/16 @ 9:00 A.M.
SO ORDERED:
Date: 6/14/16
Richard M. Berman, U.S.D.J.