**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 15, 2016

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/15/16
```

**BY ECF**

Honorable Richard M. Berman
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

  Re: <u>United States</u> v. <u>Reza Zarrab</u>,
    S1 15 Cr. 867 (RMB)

Dear Judge Berman:

  The Government writes to request an exclusion of time until June 20, 2016, the date of the next conference in this matter, pursuant to 18 U.S.C. §3161(h)(7)(A), and in the interests of justice. The Government requests this exclusion to allow time for the Government to continue to produce discovery to the defendant and for defense counsel to review that discovery. The defendant consents to the Government's application.

            Respectfully submitted,

            PREET BHARARA
            United States Attorney for the
            Southern District of New York

*Time is excluded until 6/20/16 for the reasons set forth above.*

By:   /s/
   Michael D. Lockard
   Sidhardha Kamaraju
   Assistant United States Attorneys
   (212) 637-2193/6523

cc: All Counsel (by ECF)

SO ORDERED:
Date: 6/15/16  *Richard M. Berman*
      Richard M. Berman, U.S.D.J.