USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/15/16



quinn emanuel trial lawyers | new york

51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100

**COURTESY COPY**

WRITER'S DIRECT DIAL NO.
(212) 849-7243

**MEMO ENDORSED**

WRITER'S EMAIL ADDRESS
christinechung@quinnemanuel.com

July 14, 2016

**VIA ECF AND HAND DELIVERY**

Honorable Judge Richard M. Berman
United States District Judge
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Courtroom 12D
New York, NY 10007



RECEIVED
JUL 15 2016
CHAMBERS OF
RICHARD M. BERMAN
U.S.D.J.

Re:   United States v. Reza Zarrab, et al.,
      S1 15 Cr. 867 (RMB)

Dear Judge Berman:

We write pursuant to Rule 2(C) of the Court's Individual Practices to seek permission to file a memorandum in support of Mr. Zarrab's motion to dismiss the Superseding Indictment in excess of 25 pages. We believe a brief of no more than 50 pages is necessary to adequately address the complex legal questions at issue on this motion. Mr. Zarrab's motion to dismiss is due July 15, 2016, when he will also file a separate motion to suppress.

The Superseding Indictment charges four separate counts of conspiracy, to: (1) defraud the United States; (2) violate the International Emergency Economic Powers Act; (3) commit bank fraud; and (4) commit money laundering. Dkt. No. 7. Mr. Zarrab will move to dismiss all counts of the Superseding Indictment. We have been working diligently to distill each argument, but we believe a brief of 50 pages is required to provide analysis sufficient to address the complex legal issues in this motion.

We have attempted to contact counsel for the government regarding this matter but have been unsuccessful. We have received messages this week that both AUSAs Michael Lockard and Sid Kamaraju are out of the office.

Respectfully submitted,

/s/ Christine H. Chung
Christine H. Chung

cc:   All counsel of record (by ECF)

> The Court's experience is that 25pp is the correct number. We will authorize an additional 10 pp to each side for their main motion to dismiss briefs. Standard page limits apply to other motions, replies, etc.
>
> SO ORDERED
> Date: 7/15/16  /s/ Richard M. Berman
> Richard M. Berman, U.S.D.J.
>
> * I.D. more than adequate.

quinn emanuel urquhart & sullivan, llp
LOS ANGELES | NEW YORK | SAN FRANCISCO | SILICON VALLEY | CHICAGO | WASHINGTON, DC | HOUSTON | SEATTLE
LONDON | TOKYO | MANNHEIM | MOSCOW | HAMBURG | PARIS | MUNICH | SYDNEY | HONG KONG | BRUSSELS | ZURICH