UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,  <br><br>             v.  <br><br>REZA ZARRAB, *et al.*,  <br><br>             Defendants. | S1 15 Cr. 867 (RMB) |

**DEFENDANT REZA ZARRAB'S NOTICE OF MOTION TO RECUSE THE COURT**

PLEASE TAKE NOTICE, that upon the accompanying Memorandum of Law, the undersigned will move this Court before the Honorable Richard M. Berman, in Room 17B of the United States District Court, 500 Pearl Street, New York, New York 10007, for an order recusing the Court.

PLEASE TAKE FURTHER NOTICE, that pursuant to Local Criminal Rule 49.1, answering papers, if any, shall be served on or before September 14, 2016, and any reply papers shall be served on or before September 22, 2016, with argument to be heard at a date and time to be set by the Court.

Dated: New York, New York
       August 30, 2016

| BANCROFT PLLC | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
|---|---|
| /s/ *Viet D. Dinh* | /s/ *Christine H. Chung* |
| Viet D. Dinh | Christine H. Chung |
| Jeffrey M. Harris | Adam M. Abensohn |
| Edmund G. LaCour Jr. | 51 Madison Avenue |
| 500 New Jersey Avenue, NW | 22nd Floor |
| 7th Floor | New York, NY 10010 |
| Washington, DC 20001 | Tel:  (212) 849-7000 |
| Tel:  (202) 234-0900 | Fax:  (212) 849-7100 |
| Fax:  (202) 234-2806 | |

BRAFMAN & ASSOCIATES, P.C.

/s/ *Benjamin Brafman*
Benjamin Brafman
Marc Agnifilo
Joshua D. Kirshner
767 3rd Avenue, 26th Fl.
New York, NY 10017
Tel:  (212) 750-7800
Fax:  (212) 750-3906

AKIN GUMP STRAUSS HAUER & FELD LLP

/s/ *Jonathan C. Poling*
Jonathan C. Poling
1333 New Hampshire Avenue, N.W.
Washington, DC 20036

CLIFFORD CHANCE US LLP

/s/ *George D. Kleinfeld*
George D. Kleinfeld
2001 K Street, N.W.
Washington, DC 20006

LEWIS BAACH KAUFMANN MIDDLEMISS PLLC

/s/ *Aaron T. Wolfson*
Aaron T. Wolfson
Tara J. Plochocki
405 Lexington Avenue
62nd Floor
New York, NY 10174

*Attorneys for Defendant Reza Zarrab*