UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

                                                                      **ORDER**

        -against-                                  15 Cr. 867 (RMB)

REZA ZARRAB,

                        Defendant.
------------------------------------------------------------X

        The Government is requested to respond to the Defense motion, dated August 30, 2016, on or before September 14, 2016. The Defense may submit a reply by September 21, 2016.

        The September 6, 2016 conference is cancelled.

Dated: New York, New York
       August 31, 2016

                                                    *RMB*
                                  RICHARD M. BERMAN, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/31/16