# EXHIBIT A

EDITION: UNITED STATES

Business　Markets　World　Politics　Tech　Commentary　Breakingviews　Money　Life

ADVERTISEMENT

Pfizer walks away from $118 billion AstraZeneca takeover fight

**WORLD NEWS** | Sun Sep 25, 2016 | 4:12pm EDT

# Erdogan sees 'ulterior motives' in U.S. case against gold trader



Turkish President Tayyip Erdogan prepares for an interview in New York City, U.S. September 19, 2016.
REUTERS/Brendan McDermid

By **Ayla Jean Yackley** | ISTANBUL

President Tayyip Erdogan believes U.S. federal attorneys had ulterior motives in including references to him and his wife in court papers related to their prosecution of a gold trader, Turkish media on Sunday quoted him as saying.

Reza Zarrab, a dual Turkish-Iranian national, was arrested in Miami in March. He was charged with helping Iran process millions of dollars in transactions that violated U.S. sanctions against Tehran in effect at the time.

The 33-year-old businessman, who lived in Turkey, remains in custody in New York. He has pleaded not guilty.

In court papers, U.S. Attorney for Manhattan Preet Bharara's office included references to a 2013 corruption investigation in Turkey that targeted Zarrab, cabinet ministers and members of Erdogan's family which was subsequently been dropped.

Private broadcaster NTV quoted Erdogan as telling a group of reporters he had raised Zarrab's detention in talks with U.S. Vice President Joe Biden in New York last week.

Erdogan said U.S. prosecutors were trying to implicate him by including in the indictment Zarrab's donations to an educational charity called Togem, according to NTV and other Turkish media.

"They are not pursuing the law, but are after a network of relationships. It's interesting

ADVERTISEMENT

Mercury Row Perseus Tufted Loveseat...



$279.00

Wayfair

**TRENDING STORIES**

1　Trump vows to hit Clinton harder in next U.S. presidential debate

2　OPEC set for no deal on oil output as Saudis, Iran at loggerheads

3　Syrian government launches Aleppo ground attack

4　WTO cuts 2016 world trade growth forecast to 1.7 percent, cites wake-up call

5　In first face-off with Clinton, Trump struggles to be 'change' candidate

"They are not pursuing the law, but are after a network of relationships. It's interesting that the indictment refers to my wife setting up Togem and my ties with that association. My wife and I are not among the founders of that association.

"The effort to mention our names in court proves there are ulterior motives," he said.

Erdogan also accused U.S. officials involved in the case of traveling to Turkey as guests of a religious movement led by Muslim cleric Fethullah Gulen.

Turkey classifies the movement, dubbed FETO, a terrorist organization that it blames for a failed military coup in July.

"The U.S. Department of Justice is being represented by people who were wined and dined by FETO. I told Biden this and he said he was unaware," Erdogan said.

A spokesman for Bharara declined to comment. Benjamin Brafman, a lawyer for Zarrab, declined comment.

Zarrab's lawyers last month filed a motion asking the federal judge, Richard Berman, to recuse himself due to comments he made about Zarrab's prosecution in Turkey at a 2014 conference.

Turkey wants the United States to arrest Gulen, who resides in Pennsylvania, and return him to Turkey. Gulen, once a close ally of Erdogan, denies involvement in the coup attempt.

**ALSO IN WORLD NEWS**

[Syrian government launches Aleppo ground attack](#)

[Blasts kill at least 17 in Baghdad: police, medics](#)

Erdogan said he told Biden that Turkey's justice and economy ministries have investigated Zarrab and determined he was innocent, as had Iranian authorities.

He added that he would not remain "indifferent" to the detention of a Turkish national in the United States.

The arrest of Zarrab, a frequently photographed figure among Turkey's jetset, sent shockwaves through Turkey and cheered Erdogan's opponents who viewed the U.S. case as a blow to the Turkish leader, in power since 2003 as prime minister and, since 2014, as president.

Separately, newspapers on Sunday reported that Zarrab's wife, Turkish pop star Ebru Gundes, filed for divorce last week.

(Addtional reporting by Nate Raymond in New York; Editing by Clelia Oziel)

---

**NEXT IN WORLD NEWS**

**Panama sends U.S. extradition request for ex-president Martinelli**  

PANAMA CITY Panama has sent the U.S. Department of State an extradition request for former President Ricardo Martinelli to be returned to the Central American nation, a spokesman for Panama's foreign ministry said on Tuesday.

**Singapore accuses Chinese paper of fabricating South China Sea story**  

BEIJING Singapore's ambassador to China on Tuesday accused a major state-run Chinese newspaper of fabricating a report about Singapore's position on the South China Sea, but the paper stuck by its story.

**PICTURES**

---

MORE FROM **REUTERS**

**Mr BRICS quits Treasury post after reported row over China**

SPONSORED **CONTENT**

Trump vs. Clinton debate

ADVERTISEMENT

Sky divers drop from the air in North Korea

New B-21 bomber named 'Raider': U.S. Ai...

U.S. motorists wasted billions on premium gasoline last year: AAA

Muslim woman set on fire in New York not targeted due to faith: police

SPONSORED **TOPICS**

GE Reveals "Largest Growth Opportunity in History" *The Motley Fool*

A massive stock market rally is at our doorsteps, according to … *The Sovereign Society*

Donald Trump's Advice For Paying Off Mortgage (It's Genius!) *Bills.com*

Before Applying For A Credit Card, Check If You Pre-Qualify *Citi*

Raise the roof: The Best Loans for Home Improvement Are Here. *NerdWallet*

dianomi

FROM AROUND THE **WEB**                              Promoted by Taboola

Need An Island? Here you go.
*Bankrate*

'Migaloo' Seen Off Australian Coast
*Weather.com*

Can't Stop Going? 6 Tips To Tame Your Bladder
*WebMD*

Forget The iPhone 7. Next Apple Sensation Leaked
*The Motley Fool*

$119 CPAP Supply Kit Free with New AirSense 10 Auto CPAP
*Easy Breathe*

5 Steps to the Perfect Quote
*IBM Content*

Follow Reuters:                                                                  Subscribe: Feeds | Newsletters | Podcasts | Apps

Reuters News Agency | Brand Attribution Guidelines | Delivery Options

Reuters is the news and media division of Thomson Reuters. Thomson Reuters is the world's largest international multimedia news agency, providing investing news, world news, business news, technology news, headline news, small business news, news alerts, personal finance, stock market, and mutual funds information available on Reuters.com, video, mobile, and interactive television platforms. Learn more about Thomson Reuters products:

| EIKON | ELEKTRON | WORLD-CHECK | WESTLAW | ONESOURCE | CHECKPOINT |
|---|---|---|---|---|---|
| Information, analytics and exclusive news on financial markets - delivered in an intuitive desktop and mobile interface | Everything you need to empower your workflow and enhance your enterprise data management | Screen for heightened risk individual and entities globally to help uncover hidden risks in business relationships and human networks | Build the strongest argument relying on authoritative content, attorney-editor expertise, and industry defining technology | The most comprehensive solution to manage all your complex and ever-expanding tax and compliance needs | The industry leader for online information for tax, accounting and finance professionals |

All quotes delayed a minimum of 15 minutes. See here for a complete list of exchanges and delays.

© 2016 Reuters. All Rights Reserved. | Site Feedback | Corrections | Advertise With Us | Advertising Guidelines | AdChoices | Terms of Use | Privacy Policy