# BRAFMAN & ASSOCIATES, P.C.

ATTORNEYS AT LAW

767 THIRD AVENUE, 26TH FLOOR

NEW YORK, NEW YORK 10017

TELEPHONE: (212) 750-7800

FACSIMILE: (212) 750-3906

E-MAIL: BBRAFMAN@BRAFLAW.COM

BENJAMIN BRAFMAN

ANDREA ZELLAN
JOSHUA D. KIRSHNER
JACOB KAPLAN
ALEX SPIRO

MARK M. BAKER
OF COUNSEL

MARC AGNIFILO
OF COUNSEL
ADMITTED IN N.Y. AND N.J.

**MEMO ENDORSED**

November 10, 2016

**VIA ECF**
The Honorable Richard M. Berman
United States District Judge
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Courtroom 12D
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/10/16

Re: **United States v. Reza Zarrab, et al.,**
**S1 15 Cr. 867 (RMB)**

Dear Judge Berman:

We represent Reza Zarrab in the above-captioned matter. We, jointly with the Government, propose the following schedule:

Government Response to defense Motion to Suppress Emails (docket 112) on or before November 14, 2016.

Defense Reply on or before November ~~21~~ **17**, 2016 at 12:00 noon. *RMB*

Subject to ruling that a hearing is unnecessary, direct testimony of each witness shall be presented via affidavit not to exceed 10 pp per witness double spaced, and filed with the Court on or before November ~~29~~ **24**, 2016 at 12:00 noon (along with a list and brief bio of each witness) *RMB*

Hearings will be held on the Motion to Suppress Reza Zarrab's iPhone and Certain Statements (docket 64) and/or the Motion to Suppress Emails (docket 112) on November 30, 2016 at ~~10:00 a.m.~~ **9:15 AM** *RMB*

Amended Schedule
SO ORDERED:
RMB
RICHARD M. BERMAN U.S.D.J.
11/10/16

Respectfully submitted,

Benjamin Brafman
Joshua D. Kirshner

cc: All counsel of record (by ECF)