**EXHIBIT 3**

About us | Privacy Policy | Advertising | Contact | Get Home Delivery | RSS | WEB TV | Photo Gallery |

July 15, 2014, Tuesday

# TODAY'S ZAMAN

HOME  NEWS  BUSINESS  INTERVIEWS  FEATURES  ARTS & CULTURE  TRAVEL  COLUMNISTS  OP-ED  EXPAT ZONE  SPORTS  CARTOONS  BLOGS  PRESS REVIEW

# Iranian businessman Zarrab's 'chief' saved by the bell, report claims

December 22, 2013, Sunday/ 19:07:00

 Share    Tweet    Share    Print    A  A

Reza Zarrab, accused of being the ringleader in Turkey of a shady money-laundering and gold-smuggling ring established to dodge sanctions against Iran, has revealed to prosecutors interrogating him the name of his boss -- who, a news story reported on Sunday, skirted the dragnet in the eleventh hour when prosecutors, fearing the suspects were on to them, launched the operation sooner than planned. Zarrab gave his boss's initials as B.Z., which, according to the report, points to wealthy Iranian businessman Babak Zanjani, the controversial chairman of Sorinet Holding.

The Habertürk daily published a story on Saturday claiming that the Iranian billionaire, whom Zarrab referred to as "my chief," evaded the operation at the last minute. The daily said that emails between the two showed that Zanjani had planned to come to Turkey to meet with Zarrab in a luxury hotel in Antalya this week.

A special team of officers from the Ankara Police Department's Anti-smuggling and Organized Crime Bureau had been monitoring the activities of Zarrab, his colleagues and entourage for more than a year as part of the most wide-ranging corruption and bribery operation in Turkey's recent history. The sons of two Cabinet members have been arrested and sent to jail.

During the surveillance operation, the Iranian billionaire was also implicated in the scheme, and further surveillance found some evidence that Zanjani may be the leader of the international plot.

Zanjani is not unknown in Turkey. The 39-year-old tycoon has business ties and companies in the country. His name was mentioned during the sale of Onur Airlines and he sparked rumors when one of his companies was claimed to have attempted to acquire half of large Turkish bus companies Ulusoy and Varan for around $100 million.

In an interview with the Iranian Student News Agency (ISNA), Zanjani said that he used his companies in Dubai, Turkey and Malaysia to sell millions of barrels of oil, making $17.5 billion, which he said he channeled to Iran's Petroleum Ministry, Revolutionary Guards and central bank, all of which were badly in need of foreign exchange. He said this money was in the accounts of the First Islamic Bank and that he transferred it to domestic accounts via more than 9,000 transactions.



## Israel approves Egyptian-proposed Gaza truce, Hamas rejects it

**Israel approved an Egyptian-proposed deal that would halt the week-old Gaza shelling war on Tuesday but the Palestinian territory's dominant Hamas rejected the Egyptian proposal.Hamas's armed wing vowed its attacks would "increase in ferocity and intensity" but Palestinian rocket salvoes waned ahead of the mooted start of mutual de-escalation at 0600 GMT.Israel said there had been two cross-border launches overnight that caused no damage, a**

### Latest News

- 17:06 CHP leader donates TL 9,000 candidate İhsanoğlu for presidential race
- 15:45 İhsanoğlu says neutrality between aggressor and victim not reasonable
- 15:27 Ceremony canceled after Gülen's relative wins short film contest
- 15:24 Report rules out conspiracy in Sivas massacre, blames state officials
- 14:29 Demirtaş declares presidential vision, vows to defend pluralism
- 13:38 Man stabs wife to death in Kırıkkale province
- 11:32 Report: Doctor fired after taking jab at ex-minister over watch bribe
- 11:11 Rockets fired from Egypt at Israeli resort, 4 wounded
- 11:08 Iraq launches attack to retake Tikrit , politicians elect speaker
- 10:59 China tells US to stay out of South China Seas dispute
- 10:54 89 killed in suicide blast in east Afghanistan
- 10:43 19 killed, at least 150 injured in Moscow subway derailment
- 10:35 Israel approves Egyptian-proposed Gaza truce, Hamas rejects it
- 01:27 Militia group shells Tripoli airport, UN pulls staff out of Libya
- 01:17 Turkey's top cleric defends minister's insult of Prophet Muhammad
- 00:35 Masked men attack shops run by Syrian refugees in southern Turkey
- 00:17 Germany's first Turkish minister quits politics

### A shareholder in a Turkish bank

Among Zanjani's assets, a complex in Iraq's Kurdistan region producing diesel oil is noteworthy. The complex sends its diesel to Afghanistan. Zanjani also owns 10 companies in Tajikistan. In his ISNA interview, Zanjani confirmed that he holds shares in a Turkish bank, without giving further details.

Zanjani was expected to come to Antalya via Beirut on a fake passport, Habertürk claimed, but he canceled after the anti-corruption operation was launched in Turkey. Some of Zarrab's men, who traveled to Dubai hours before the operation, also escaped detention in this way, the daily said.

The same report claimed that Zarrab and Zanjani first met in Tabriz, Azerbaijan, years ago and that Zarrab has been working for the latter ever since.

Zanjani, the daily said, was the real owner of 1.5 tons of gold seized in İstanbul in an inspection of a ULS Airlines cargo jet en route to Dubai a year ago. Habertürk claimed that Zanjani, panicked that the gold would be confiscated by the Turkish state, sent an urgent email asking Zarrab to immediately secure the gold by any means necessary. Zarrab used an encrypted the email, which is said to be his exclusive form of communication for security reasons.

The surveillance records accused Zarrab of bribing a politician, whose name is also included in the interrogation report, and having the cargo sent to Dubai with fabricated documents that said the ship was carrying "minerals." After this, Zanjani sent a grateful email to Zarrab that said, "Bravo my brother. You have now grown up. I am no longer worried [about my businesses] there."

Those claims were echoed in the Iranian media as well. A number of Iranian newspapers reported that Zarrab is a partner of Zanjani and has connections with his company Sorinet.

### Iran's wealthiest businessman

Zanjani is said to be the wealthiest businessman in Iran, running a conglomerate of 64 companies in a number of countries from the United Arab Emirates to Turkey, Tajikistan and even China. He is estimated to have a net worth of $13.5 billion.

In an interview with Reuters in December 2012, a day after he was blacklisted by the European Union for violating sanctions against Iran, Zanjani rejected the accusations against him and said none of his companies were doing work for the Iranian government. Four months after the US blacklisted the Iranian tycoon, the EU also imposed restrictive measures on Zanjani and his companies, barring EU companies from doing business with him. The EU described Zanjani as "a key facilitator for Iranian oil deals and transferring oil-related money," accusing the Malaysian-based First Islamic Bank of being a part of a grand scheme to channel Iranian oil-related payments.

Zanjani told Reuters that the tangled structure of his company's transactions, which usually involve large amounts, might have misled EU authorities. "I carry an Iranian passport and I send quite a lot of money to my companies all around the world. They must have thought we are up to something," he said. He also denied that his oil company, International Safe Oil, has dealings with Iran, saying that the company operates in Iraq.

For years, Iran had been under heavy economic sanctions levied by the UN, the US and the EU over its nuclear program. The country was able to heave a sigh of relief when it signed an interim agreement with the P5+1 (the permanent members of the Security Council plus Germany) countries in Geneva last month, which was celebrated as a major success for Iran's newly elected president, Hassan Rohani. The sanctions were eased in return for Iran's promise to freeze portions of its nuclear program. The countries involved are now working to



00:03  Messi did not deserve Golden Ball, says Maradona
23:54  India scrambles jets after Turkish Airlines planes given same code
23:39  Bodies found north of Baghdad as Sunni insurgents turn on each other
23:25  Seven ministries join forces to set up anti-drug unit
23:13  Egypt proposes ceasefire in Israeli-Palestinian conflict
23:09  Turkey evacuates 16 citizens from Gaza
22:41  Kerry says had good talks with Iran's Zarif, EU's Ashton
21:43  Kurds go to Syria from Turkey to fight Islamists
20:25  Al Qaeda's North African wing rejects Iraq-Syria caliphate
19:55  Two Turkish border gates to be used for UN-led aid delivery to Syria

TODAY'S ZAMAN PDF

Archive               search

**Newsletter**
Enter Your E-Mail
E-Mail Address
Submit

achieve longer-term commitments from both sides.

**No longer needed by Iran**
Zanjani describes himself as the "economic Basij," in reference to Iran's hard-line paramilitary organization of the same name. He started his business carrier as a sheepskin seller in the 1980s and has grown to become one of the wealthiest business people of the country through his connections Iran's rulers. Zanjani was considered a critical actor in Iran's effort to evade sanctions on oil sales. But there is speculation that his time has come and that his services are no longer needed in the post-Geneva era, and that the new administration may be trying to dethrone him. Zanjani was already in a tough position after being blacklisted in the US and EU and having his accounts frozen. Analysts of this view hold up the new Iranian government's move to scrutinize his relations and companies as evidence. The new government is accusing him of setting up a corrupt inner circle around the previous president, Mahmoud Ahmadinejad. Zanjani was under investigation for keeping $1.9 billion of oil money that he was supposed to hand over to the state.

A New York Times article in October claimed that "his rise and now possible fall have opened a window into the secretive, shadowy world of Iranian tycoons who have made their fortunes, at least in part, by helping Iran evade the sanctions intended to thwart its nuclear program."

The newspaper quoted Mohammad Khoshchehreh, an economist and former centrist lawmaker, as saying that anybody who becomes rich in a short period of time naturally draws suspicions about the roots of his or her wealth. "In all honesty, we don't know whether he is a hero or a cheat," Khoshchehreh said.

The article also quoted journalist Reza Zandi as saying that "Babak Zanjani is the product of [the chaotic situation the sanctions engendered in Iran], amassing enormous wealth in the process."



Like    Tweet  0    0

0 Comments    Today's Zaman         Login

Sort by Newest         Share    Favorite

Start the discussion…

Be the first to comment.

Subscribe    Add Disqus to your site

National    Other Titles



Columnists

ABDULLAH BOZKURT
Public trust in government on decline

MÜMTAZER TÜRKÖNE
AK Party's economic autocracy

LALE KEMAL
Are early elections on the horizon?

HASAN KANBOLAT
The Islamic State raises support among the people of Mosul

ALİ BULAÇ
Muslims' monster

CAFER SOLGUN
Active foreign policies

GÜNAL KURŞUN
Cyprus, Turkey and the ICC

SEYFETTİN GÜRSEL
No economic revival in sight

PAT YALE
Tree story

GÜNAY HİLAL AYGÜN
Will holding talks with Israel help resolve the conflict?

The most read articles

Ankara says Turkey-Israel thaw on hold due to Gaza offensive

KRG leader pays a critical visit to Turkey, oil revenues discussed

Kurds clash with ISIL fighters in northern Syria

CHP objects to NATO radar to reduce Israeli intelligence gathering

Anti-Syrian sentiment reaches dangerous levels

CHP questions Turkish involvement in locating targets in Gaza

İhsanoğlu donates to other presidential candidates in fairplay gesture

Zirve murder victim's wife leaves Turkey

- Efkan Ala's comments draw anger from Muslim scholars
- Anti-Syrian sentiment reaches dangerous levels
- Balyoz retrial set for Nov. 3, ex-military chief to testify as witness
- Commission can't discuss corruption before election
- Burkay says coup plotters would stage coup similar to Sept. 12
- CHP leader Kılıçdaroğlu: Gov't illegally wiretapped my phone line
- Nearly 56 million to vote in presidential election, YSK announces
- Gezi victim died of cerebral hemorrhage, autopsy reveals
- CHP deputy asks interior minister about profiling of companies
- CHP: Erdoğan must be counted as resigned
- Gap between Erdoğan and İhsanoğlu less than 2 pct
- Court ban on Bahçeli's speech at Erdoğan's request draws ire
- Zaman Arabic aims to be online paper of reference
- Alevi dede denounces Tunceli river dam project
- CHP submits parliamentary question on new Prime Ministry building
- Mother of two murdered in Sultangazi
- Man files for divorce, claims wife is abusive
- İhsanoğlu donates to other presidential candidates in fairplay gesture
- Watch bribe jab angers ex-minister Çağlayan
- Turkish mayor says 5 wounded in attack on his car after Erdoğan rally
- Mining damages nearby archeological site in Muğla's Milas district
- BBP leader speaks out against plot targeting Hizmet movement
- Police graduates protest at Council of State
- Zirve murder victim's wife leaves Turkey after suspects' release
- Minister Ala disrespects Prophet Muhammad while praising AK Party
- Demirtaş speaks with representatives from different faiths
- İhsanoğlu's success in presidential elections linked to familiarity
- RTÜK member calls on YSK to monitor TRT during presidential campaign
- Yamanlar College student becomes world math champion
- Number of dead in Zeytinburnu explosion rises to three
- Environment undersecretary warns of water shortages
- MHP leader: Erdoğan has no right to run in presidential election
- İhsanoğlu: AK Party founding members also with us
- New scandal in teenage Gezi protester's murder case
- Health Ministry to distribute disease information leaflets in Arabic
- Erdoğmuş: The coup was staged by AK Party itself
- Construction of controversial villas allegedly given to Erdoğan ends
- Some FEM branches remove signs after municipality sets 3-day deadline
- Gov't media allegedly fires staff over Alevi background
- Café Capital: Things will change as people get to know candidates
- PM during Gezi: shame on artists; PM during campaign: esteemed artists

Click For More News

- after suspects' release
- Watch bribe jab angers ex-minister Çağlayan
- Turkey's top cleric defends minister's insult of Prophet Muhammad

### Bloggers


**MAHIR ZEYNALOV**
Erdoğan's ISIS 'brothers'


**ALPER YILMAZ DEDE**
Why was the Arab Spring unable to transform the Middle East?


**HALİL BİLECEN**
Islamic Modernism Series III: Islam and science


**YASEMİN GÜRKAN**
Does İstanbul deserve new concert venues?


**ÖZGÜR KOCA**
AKP and the normalization of corruption


**OĞUZHAN TEKİN**
Commemoration of Srebrenica genocide 19 years later


**HATİCE SAĞDIÇ YILDIZ**
İhsanoğlu: Promising candidate for the future of Turkish politics


**SALİH SARIKAYA**
Why activist journalism is on the rise in Turkey


**BEGÜM BURAK**
Abant Platform: an arena of fruitful debate

**E. BARIŞ ALTINTAŞ**
Life after Snowden

© Feza Gazetecilik A.Ş. 2007, Ahmet Taner Kışlalı Cad. No: 6, Bahçelievler - İstanbul 34194 Turkey, +90 (212) 454 1454, +90 (212) 454 1497(fax)