**KIRKLAND & ELLIS LLP**
AND AFFILIATED PARTNERSHIPS

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/9/16

655 Fifteenth Street, N.W.
Washington, D.C. 20005

Viet D. Dinh, P.C.
To Call Writer Directly:
(202) 879-5017
viet.dinh@kirkland.com

(202) 879-5000

www.kirkland.com

December 8, 2016      **MEMO ENDORSED**

Via ECF

The Honorable Richard M. Berman
United States District Judge
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Courtroom 12D
New York, NY 10007

Re: United States v. Reza Zarrab, et al., S2 15 Cr. 867

Dear Judge Berman:

[Handwritten endorsement: Defense counsel ——— are requested to have all of these waiver letters re-addressed directly to the Court or, alternatively, to have the authors each write separately to the Court re/enoring their letters + stating that the Court may rely upon the waivers + representations contained therein.

SO ORDERED:
Date: 12/9/16
Richard M. Berman
Richard M. Berman, U.S.D.J.]

This letter is respectfully submitted in response to the Court's order at the November 30, 2016 hearing requesting letters from certain Kirkland & Ellis LLP bank clients related to the upcoming *Curcio* hearing. Earlier today, we received an additional consent and waiver agreement from JPMorgan Chase Bank. A copy of that agreement is attached.

We again thank the Court for its consideration and will continue to expeditiously apprise the Court of any further developments as soon as we are aware of them.

Respectfully submitted,

BRAFMAN & ASSOCIATES, P.C.            KIRKLAND & ELLIS LLP

/s/ *Benjamin Brafman*                 /s/ *Viet D. Dinh*
Benjamin Brafman                       Viet D. Dinh, P.C.
Joshua D. Kirshner                     Edmund G. LaCour Jr.
767 3rd Avenue, 26th Fl.               655 Fifteenth Street, N.W., Suite 1200
New York, NY 10017                     Washington, D.C. 20005
Tel: (212) 750-7800                    Tel: (202) 879-5000
Fax: (212) 750-3906                    Fax: (202) 879-5200

*Attorneys for Defendant Reza Zarrab*

cc: All counsel of record (by ECF)

Beijing   Chicago   Hong Kong   Houston   London   Los Angeles   Munich   New York   Palo Alto   San Francisco   Shanghai