# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

|  |  |  |
|---|---|---|
| Viet D. Dinh, P.C.<br>To Call Writer Directly:<br>(202) 879-5017<br>viet.dinh@kirkland.com | 655 Fifteenth Street, N.W.<br>Washington, D.C. 20005<br>(202) 879-5000<br>www.kirkland.com | Facsimile:<br>(202) 879-5200 |

December 14, 2016

<u>Via ECF</u>

The Honorable Richard M. Berman
United States District Judge
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Courtroom 17B
New York, NY 10007

Re: <u>United States v. Reza Zarrab, *et al.*</u>, S2 15 Cr. 867 (RMB)

Dear Judge Berman:

      This letter is respectfully submitted in response to the Court's December 9, 2016 order requesting that waiver letters that were not addressed to the Court either be re-addressed directly to the Court or, alternatively, requesting that the author of each of those letters write separately to the Court referencing his or her earlier letter and stating that the Court may rely upon the waivers and representations contained in that letter. Please find attached a copy of a supplemental letter from Standard Chartered Bank to the Court that references Standard Chartered's earlier letter and states that the Court may rely upon the waivers and representations contained in that letter.

      We again thank the Court for its consideration and will continue to expeditiously apprise the Court of any further developments as soon as we are aware of them.

      Respectfully submitted,

| BRAFMAN & ASSOCIATES, P.C. | KIRKLAND & ELLIS LLP |
|---|---|
| /s/ *Benjamin Brafman* | /s/ *Viet D. Dinh* |
| Benjamin Brafman | Viet D. Dinh, P.C. |
| Joshua D. Kirshner | Edmund G. LaCour Jr. |
| 767 3rd Avenue, 26th Fl. | 655 Fifteenth Street, N.W., Suite 1200 |
| New York, NY 10017 | Washington, D.C. 20005 |
| Tel: (212) 750-7800 | Tel: (202) 879-5000 |
| Fax: (212) 750-3906 | Fax: (202) 879-5200 |

*Attorneys for Defendant Reza Zarrab*

cc: All counsel of record (by ECF)