

**Standard Chartered**

December 12, 2016

The Honorable Richard M. Berman
United States District Judge
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Courtroom 17B
New York, NY 10007

Re: <u>United States v. Reza Zarrab, et al.</u>, S2 15 Cr. 867 (RMB)

Dear Judge Berman:

We write regarding the December 6, 2016 Standard Chartered Bank waiver letter to Kirkland & Ellis LLP ("Kirkland'). Kirkland informs us that waiver letter was submitted to the Court on December 7, 2016. The Court may rely upon the waivers and representations contained in that letter.

Respectfully submitted,

STANDARD CHARTERED BANK

By: _____

Scott Corrigan
General Counsel, Europe & Americas and Global Head of Government Investigations
Description of Duties:
    Responsible for legal matters in Europe and the Americas as well as regulatory and government investigations globally.
Standard Chartered Bank
New York Branch, Legal Department
1095 Avenue of the Americas
New York, NY 10036
Tel (212) 667-0700
sc.com

Standard Chartered Bank is incorporated in England with limited liability by Royal Charter 1853 Reference Number ZC18
The Principal Office of the Company is situated in England at 1 Basinghall Avenue, London EC2V 5DD
Standard Chartered Bank is authorised by the Prudential Regulation Authority and regulated by the Financial Conduct Authority and Prudential Regulation Authority