# SULLIVAN & WORCESTER





```
_____
    Application Granted.
_____
_____
_____
SO ORDERED
Date: 3/9/17    Richard M. Berman
                Richard M. Berman, U.S.D.J.
```

March 9, 2017

**VIA FEDERAL EXPRESS**

Honorable Richard M. Berman
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Re: <u>United States v. Reza Zarrab, 15 Cr. 867 (RMB)</u>

Dear Judge Berman:

At the Court's suggestion, my colleague (Andrew T. Solomon, a partner in our firm) covered a conference before the Court on November 23, 2016 following my November 22, 2016 appointment.

I understand from the CJA Office that my firm may be reimbursed for my colleague's assistance if I obtain the Court's approval. Mr. Solomon worked on this matter for a total of 2.50 hours. We respectfully request that the Court authorize reimbursement for Mr. Solomon's time at the rate of $110.00 per hour, subject to a review of our bills and related worksheets by the CJA Office.

Respectfully submitted,

Harry H. Rimm