# BRAFMAN & ASSOCIATES, P.C.

ATTORNEYS AT LAW

767 THIRD AVENUE, 26TH FLOOR

NEW YORK, NEW YORK 10017

TELEPHONE: (212) 750-7800

FACSIMILE: (212) 750-3906

E-MAIL: BBRAFMAN@BRAFLAW.COM

BENJAMIN BRAFMAN
———
ANDREA ZELLAN
JOSHUA D. KIRSHNER
JACOB KAPLAN
ALEX SPIRO

MARK M. BAKER
OF COUNSEL

MARC AGNIFILO
OF COUNSEL
ADMITTED IN N.Y. AND N.J.

April 18, 2017

**VIA ECF**
Honorable Richard M. Berman
United States District Judge
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007

### RE: UNITED STATES V. REZA ZARRAB, *ET AL.,*
### S3 15 Cr. 867 (RMB)

Dear Judge Berman:

We represent defendant Reza Zarrab in the above-captioned matter, and we write in response to the Court's April 5, 2017 Order. We agree with the Government's suggestion that the Court's questions should loosely mirror those that were asked of Mr. Zarrab in connection with the Kirkland & Ellis LLP Curcio proceedings. Due to the confidential and sensitive nature of our April 14, 2017 submission to the Court, we have not attached specific questions for the Court to ask Mr. Zarrab at this time.

Respectfully,

Benjamin Brafman