15 cr 867

Re: Zarrab affidavits / Good Friday
Christine Murray
to:
Joshua Kirshner
04/19/2017 12:14 PM

Hide Details
From: Christine Murray/NYSD/02/USCOURTS

To: Joshua Kirshner <jkirshner@braflaw.com>



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/24/17

Josh-

Having reviewed the recent Curcio submissions and having determined that many of the materials are not privileged, Judge Berman requests that you post as soon as possible the recent Curcio submissions and, particularly, the affidavits of Messrs. Giuliani, Levy, Mangas and Mukasey as well as the publicly filed documents such as the registration statements.

Privileged materials, such as the retainer agreements, need not be included.

Thank you.

Christine Murray

Clerk's office to docket + file.

SO ORDERED:
Date: 4/24/17   Richard M. Berman
Richard M. Berman, U.S.D.J.