**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

UNITED STATES OF AMERICA,              :
                                       :
          Government,     :
                                       :
    - against -                    :
                                       :
REZA ZARRAB,                           :
          Defendant(s).  :

------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/18/17

15 Cr 867 (RMB)

**ORDER**

      The conference is rescheduled from 11:00 am on May 18, 2017 to 9:30 am on

May 25, 2017.


Dated: New York, New York
      May 18, 2017

_____
**RICHARD M. BERMAN**
**U.S.D.J.**