# KIRKLAND & ELLIS LLP

AND AFFILIATED PARTNERSHIPS

655 Fifteenth Street, N.W.
Washington, D.C. 20005

| To Call Writer Directly: | (202) 879-5000 | Facsimile: |
|---|---|---|
| (202) 879-5028 | | (202) 879-5200 |
| jeffrey.harris@kirkland.com | www.kirkland.com | |

August 1, 2017

**VIA ECF**

Honorable Judge Richard M. Berman
United States District Judge
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Courtroom 17B
New York, NY 10007

Re:  *United States v. Reza Zarrab, et al.*, S2 15 Cr. 867 (RMB)

Dear Judge Berman:

I write on behalf of the defendant, Reza Zarrab, to inform the Court that, subject to the Court's approval, I plan to withdraw as counsel because I will be leaving Kirkland & Ellis LLP. Brafman & Associates P.C., Kirkland & Ellis LLP, and Ferrari & Associates, P.C. continue as counsel of record on Mr. Zarrab's behalf. Thus, my withdrawal will not result in any impairment of Mr. Zarrab's defense.

Attached to this letter as Exhibit A is the application to withdraw in the form of a declaration.

Respectfully submitted,

s/ Jeffrey M. Harris
Jeffrey M. Harris

*Attorney for Defendant Reza Zarrab*

cc: All counsel of record (by ECF)

# Exhibit A

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| United States of America, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. S2 15 Cr. 867 (RMB) |
| | ) |
| Reza Zarrab, et al., | ) |
| | ) |
| Defendants. | ) |

## DECLARATION OF JEFFREY M. HARRIS IN SUPPORT OF MOTION TO WITHDRAW AS CO-COUNSEL

Jeffrey M. Harris, pursuant to 28 U.S.C. §1746, states as follows:

1. I am a partner with the law firm of Kirkland & Ellis LLP and am attorney for defendant Reza Zarrab. I submit this declaration pursuant to Local Criminal Rule 1.2 and Local Civil Rule 1.4 in support of my application for an order permitting me to withdraw as co-counsel for Mr. Zarrab in this matter.

2. I seek leave to withdraw as co-counsel because I will be leaving Kirkland & Ellis LLP.

3. Mr. Zarrab will continue to be represented in this action by other attorneys from Kirkland & Ellis LLP, as well as co-counsel from other firms, including Brafman & Associates, P.C. and Ferrari & Associates, P.C. As such, my withdrawal will not cause any impairment of Mr. Zarrab's defense.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 1, 2017
      Washington, DC

                                        Respectfully submitted,

                                        <u>s/Jeffrey M. Harris</u>
                                        JEFFREY M. HARRIS
                                        KIRKLAND & ELLIS LLP
                                        655 Fifteenth Avenue, NW
                                        Washington, DC 20005
                                        (202) 879-5000
                                        jeffrey.harris@kirkland.com