UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - x
:
UNITED STATES OF AMERICA                 :
:
    - v. -                               :
:
REZA ZARRAB,                             :     S5 15 Cr. 867 (RMB)
    a/k/a "Riza Sarraf,"                 :
:
                Defendant.               :
:
- - - - - - - - - - - - - - - - - - - - x

        The above-named defendant, who is accused of violating Title 18, United States Code, Sections 371, 1344, 1349, and 1956, and Title 50, United States Code, Section 1705, being advised of the nature of the charges and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_____
Defendant

_____
Witness

_____
Counsel for Defendant

Date:   New York, New York
        October 26, 2017