```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/18/18
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,           :
                                    :
                    Government,     :      15 Cr 867 (RMB)
                                    :
        - against -                 :      **ORDER**
                                    :
REZA ZARRAB and                     :
MEHMET HAKAN ATILLA,                :
                    Defendant(s).   :
------------------------------------------------------------x

In connection with the upcoming sentencings in this case and the Court's 18 U.S.C. § 3553(a) analyses, the parties are directed to include in their written submissions a description of all non attorney client privileged contacts (i.e. meetings, calls, texts, emails etc.) by all counsel, including Turkish counsel, with any officials of the United States and/or Turkish governments and relating to the prosecution and/or disposition of this case. Please include: 1) the date of such contact(s); 2) the names of those present or otherwise involved or copied; 3) the purpose of the contact; and 4) the outcome of such contact.

Dated: New York, New York
       January 18, 2018

                                                _____
                                                RICHARD M. BERMAN
                                                U.S.D.J.