# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

655 Fifteenth Street, N.W.
Washington, D.C. 20005
United States

Edmund G. LaCour Jr.
To Call Writer Directly:
+1 202 879 5077
edmund.lacour@kirkland.com

+1 202 879 5000

www.kirkland.com

Facsimile:
+1 202 879 5200

October 15, 2018

**Via Electronic Filing**

Honorable Judge Richard M. Berman
United States District Judge
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Courtroom 17B
New York, New York 10007

Re: *United States of America v. Reza Zarrab, et al.*, No. 1:15-cr-00867 (RMB)

Dear Judge Berman:

I hereby respectfully request the withdrawal of Viet D. Dinh, admitted *pro hac vice*, as additional counsel for the defendant Reza Zarrab in the above captioned case. Mr. Dinh is no longer at the firm of Kirkland & Ellis LLP. Mr. Dinh's proposed order is filed herewith.

Respectfully,

s/Edmund G. LaCour Jr.
Edmund G. LaCour Jr.

*Counsel for Defendant Reza Zarrab*

cc: Counsel of Record

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> *Plaintiff*, <br><br> v. <br><br> REZA ZARRAB, <br><br> *Defendant*. | No. 1:15-cr-00867 (RMB) |

## ORDER FOR WITHDRAWAL OF VIET D. DINH

The withdrawal for Viet D. Dinh in the above captioned matter is ordered, as he is no longer with the law firm of Kirkland & Ellis LLP.

**IT IS HEREBY ORDERED** that Applicant is withdrawn from the above captioned case in the United States District Court for the Southern District of New York.

Dated: October 15, 2018

_____
United States District Judge