# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

Edmund G. LaCour Jr.
To Call Writer Directly:
+ 1 202 879 5077
edmund.lacour@kirkland.com

655 Fifteenth Street, N.W.
Washington, D.C. 20005
United States
+1 202 879 5000
www.kirkland.com

Facsimile:
+1 202 879 5200

November 27, 2018

**Via Electronic Filing**

Honorable Judge Richard M. Berman
United States District Judge
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Courtroom 17B
New York, NY 10007

Re:   *United States of America v. Reza Zarrab, et al.*, 1:15-cr-00867 (RMB)

Dear Judge Berman:

I hereby respectfully request to withdraw as additional counsel for the defendant Reza Zarrab in the above-captioned case because I will be leaving the firm of Kirkland & Ellis LLP. Attached to this letter is the proposed text of an order to withdraw.

Respectfully submitted,

s/Edmund G. LaCour Jr.
Edmund G. LaCour Jr.

*Counsel for Defendant Reza Zarrab*

cc: Counsel of Record

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> *Plaintiff*, ) <br> ) <br> v. ) <br> ) <br> REZA ZARRAB, ) <br> ) <br> *Defendant*. ) | No. 1:15-cr-00867 (RMB) |

### ORDER FOR WITHDRAWAL OF EDMUND G. LACOUR JR.

The withdrawal for Edmund G. LaCour Jr. in the above-captioned matter is ordered, as he is leaving the law firm of Kirkland & Ellis LLP.

**IT IS HEREBY ORDERED** that Applicant is withdrawn from the above-captioned case in the United States District Court for the Southern District of New York.

Dated: November 27, 2018

_____
United States District Judge