USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/14/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA,
                      Government,

-against-

REZA ZARRAB,
                      Defendant.
-------------------------------------------------------------X

ORDER

15 CR. 867 (RMB)

     Having reviewed the record herein, including without limitation two letters, one dated September 24, 2018 and the other dated November 1, 2018, from Razi Canikligil, the <u>Hurriyet</u> (Turkish) newspaper Bureau Chief, and a third letter, dated September 13, 2018, from Ben Weiser, <u>New York Times</u> reporter, requesting unsealing and/or redaction of documents which have been filed in this case under seal, the **Court respectfully denies these letter requests, as follows**:

     1- The Court is responding to the three letters without waiving any obligation third parties may have to seek intervention and/or to file motions or applications in a criminal case, supported by authorities. See <u>United States v. Aref</u>, 533 F.3d 72, 81 (2d Cir. 2008) ("The Federal Rules of Criminal Procedure make no reference to a motion to intervene in a criminal case . . . However, such motions are common in this Circuit to assert the public's First Amendment right of access to criminal proceedings.").

     2- The Court is fully supportive of the public's interest in and access to criminal judicial proceedings. See <u>Nixon v. Warner Communications</u>, 435 U.S. 589 (1978); <u>Lugosch v. Pyramid Co. of Onondaga</u>, 435 F.3d 110 (2d Cir. 2006).   The Court is also aware that the First Amendment right of access to criminal proceedings is not absolute. <u>United States v. Park</u>, 619

F.Supp.2d 89 (S.D.N.Y. 2009).

    3- The Court has made specific findings in support of sealing in this case. These findings were entered on the docket under seal. <u>See</u> <u>United States v. Aref</u>, 533 F.3d 72 (2d Cir. 2008).

Dated: New York, New York  
       March 14, 2019

                                             *RMB*  
                                    **RICHARD M. BERMAN, U.S.D.J.**