JAM7ZARC

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x

UNITED STATES OF AMERICA,

          v.                        15 Cr. 867 (RMB)

REZA ZARRAB, et al.,

               Defendants.

------------------------------x
                                    New York, N.Y.
                                    October 22, 2019
                                    9:15 a.m.


Before:

               HON. RICHARD M. BERMAN
                                    District Judge


                    APPEARANCES

GEOFFREY S. BERMAN
     United States Attorney for the
     Southern District of New York
BY:  MICHAEL LOCKARD
     SID KAMARAJU
     DAVID DENTON
     JONATHAN REBOLD
     KIERSTEN FLETCHER
     Assistant United States Attorneys
```

1                  (In open court)

2                  THE COURT:  Please be seated.  I note from the press

3      this morning that Mr. Atilla has been appointed to head the

4      Istanbul Stock Exchange.  I'm just passing that along in case

5      you haven't seen it.

6                  MR. LOCKARD:  That's known to be the case, your Honor,

7      yes.

8                  THE COURT:  I suppose that's one way of integrating

9      back into society a person who has been convicted of a

10     financial wrongdoing.

11                 But to the case at hand, I have received a copy from

12     the government of the letter from King & Spalding indicating

13     that -- well, I will read the first paragraph.  It says, "Dear

14     Judge Berman, I am a partner of King & Spalding and an attorney

15     admitted to practice in this district.  The U.S. attorney's

16     office has informed me that the Court has issued a summons in

17     this case" -- our case -- "for an initial appearance on October

18     22 at 9:15 a.m.  Neither I nor my firm are authorized to accept

19     service on behalf of Halk Bank and are not authorized to make

20     an appearance in this case."  And it's signed by Andrew Hruska.

21                 Is that your understanding as well?

22                 MR. LOCKARD:  Yes, your Honor, we also received a copy

23     of the letter Friday.

24                 THE COURT:  I was somewhat -- I don't know if taken

25     aback is the correct expression -- but I was surprised somewhat

1  by the letter because it was my understanding that for over a
2  period of years -- or a year anyway -- that there were some
3  discussions on behalf of Halk Bank with respect to a potential
4  fine, I guess it would be, in connection with the Iran
5  sanctions evasion scheme, but more particularly I thought that
6  King & Spalding had been involved in those discussions.  Is
7  that fair, or is that accurate?
8          MR. LOCKARD:  Your Honor, it is accurate that King &
9  Spalding has represented Halk Bank with respect to the criminal
10 investigation of the bank since at least October of 2017, and
11 we think that King & Spalding's letter, along with additional
12 circumstances, shows that while Halk Bank has declined to
13 authorize King & Spalding to formally accept service, that
14 service has in fact been accomplished under Rule 4, and that
15 Halk Bank is actually aware of the summons, is aware of the
16 court appearance this morning, and has intentionally failed to
17 appear at the conference in violation of the summons.
18         THE COURT:  Before we get to what next, I suppose it
19 wouldn't hurt to send a set of the papers by FedEx or some
20 other form to Halk Bank.  Does Halk Bank have a branch or a arm
21 here in New York?
22         MR. LOCKARD:  Halk Bank does not have any employees or
23 offices in the United States.  Halk Bank does have ADRs that
24 are listed in the United States, and Halk Bank does have a
25 corresponding account in the United States, so it does business

1  in the U.S., but it does not have any employees or offices in
2  the United States.
3         So, I think with the Court's permission, I think we
4  also would like to discuss next steps, but before that I think
5  it would be helpful to outline sort of the timeline of the
6  prior service efforts and the facts that demonstrate that the
7  bank is in fact aware of the summons and has declined to
8  appear, and in fact why we think the record demonstrates that
9  Halk Bank as of this morning is now a fugitive from the charges
10 in the indictment.
11         THE COURT:  Sure.
12         MR. LOCKARD:  So, as I mentioned earlier, King &
13 Spalding has represented the bank since at least the last two
14 years with respect to the investigation of the bank, and that
15 is I think referenced in King & Spalding's letter where they
16 note that the firm has represented the bank in connection with
17 the Department of Justice's investigation regarding the bank.
18 I think that is also confirmed in a release that the bank
19 itself put out on Wednesday after the indictment was returned,
20 denying that there was jurisdiction over the bank and noting
21 that King & Spalding had represented the bank in the
22 investigation.
23         So, the timeline briefly with respect to the
24 indictment and the summons -- oh, I would also note that in
25 addition to the press release there are also a number of press

1   reports indicating that the bank's majority shareholder --
2   which is the government of Turkey -- also clearly is aware of
3   the charges against the bank.
4         As the Court knows, the indictment was filed on
5   Tuesday, October 15.  After the indictment was filed, King &
6   Spalding requested a copy of the indictment from the Department
7   of Justice, and the government e-mailed a copy of it to the
8   firm.
9         On Wednesday the Court issued the summons.  We again
10  e-mailed the summons to King & Spalding and requested
11  confirmation that it had been received.  In response to that,
12  King & Spalding asked to have a phone call with the government
13  which was scheduled for Thursday, October 17.  In the meantime,
14  Halk Bank issued an investor disclosure regarding the
15  indictment, claimed that the charges were false and politically
16  motivated, claimed that the United States doesn't have
17  jurisdiction over the bank.  And there are press reports about
18  government officials in Turkey calling the indictment ugly and
19  unlawful, so clearly the bank and its shareholder were aware of
20  the indictment.
21        THE COURT:  Excuse me.  Go ahead.
22        MR. LOCKARD:  On Thursday, October 17, the government
23  spoke with King & Spalding about the summons.  King & Spalding
24  indicated that it was not authorized to accept service of the
25  summons but was discussing it with its client.  King & Spalding

1   asked if the government would consent to an adjournment of the
2   appearance, which we declined to consent to.  We asked if the
3   bank would stipulate to an alternate form of service if the
4   firm was not authorized to accept service, and we were told
5   that the bank would not stipulate to an alternative form of
6   service.  And at that time we understood that the firm King &
7   Spalding intended to contact the Court to request an
8   adjournment of today's appearance, and note that we did not
9   consent to that request.  Also note that later that day on
10  October 17 according to press reports President Erdogan raised
11  the Halk Bank indictment with U.S. government officials in
12  Turkey.
13           The summons was electronically filed on the docket
14  also on Thursday.  Then on Friday King & Spalding sent the
15  letter to the Court that's been docketed as docket entry number
16  564.
17           The press has also reported that on Saturday, October
18  19, the Turkish Minister of Foreign Affairs commented on the
19  indictment to the Turkish press and said that if the law in the
20  United States works nothing would come of the case.
21           So, I think what that timeline shows is that the bank
22  is clearly aware of the summons, is aware of the charges, has
23  denied that there is jurisdiction over the bank, and Turkish
24  government officials have exercised efforts to exercise
25  political influence over the proceedings.

1        THE COURT: When you say that -- did you say that
2  President Erdogan had raised the subject with U.S. officials in
3  Turkey?
4        MR. LOCKARD: Yes, that was reported in the media
5  during the meetings on October 17.
6        THE COURT: Would those be at the embassy level, those
7  U.S. officials?
8        MR. LOCKARD: Those would be between President
9  Erdogan, Vice President Pence and Secretary of State Pompeo.
10        THE COURT: Thank you. Go ahead.
11        MR. LOCKARD: And of course those efforts are
12  consistent with other press reports of persistent government of
13  Turkey's efforts to exercise political influence over the
14  course of the investigation and the prosecutions, which I think
15  the Court is aware of dating back to approximately 2016.
16        So, we think service has been accomplished under Rule
17  4(c), which provides that a summons is served on an
18  organization that is not within a judicial district of the
19  United States by any means that gives notice, and the rule
20  provides for a number of mechanisms that would satisfy that
21  notice, but these are not exclusive means of providing notice.
22  And in a recent case from last year in the Ninth Circuit the
23  Court of Appeals held that delivery of a summons to U.S.
24  counsel of a foreign corporation that resulted in actual notice
25  to the defendant company satisfied the service requirements of

1    Rule 4.  That case is Pangang, and the cite is 901 F.3d 1046.
2             THE COURT:  Mr. Lockard, what I'm going to do is ask
3    you for a draft order in this matter essentially summarizing
4    the points you've made today -- you can reference the
5    transcript of these proceedings -- and I will take a look at it
6    and expeditiously sign off if I think that's appropriate, as it
7    does seem appropriate based on your comments and my
8    understanding of the law as well.
9             MR. LOCKARD:  So, your Honor, what we would propose,
10   if the Court agrees with the proposal, is given that Halk Bank
11   has intentionally failed to appear for today's conference, and
12   as a result is now a fugitive from charges and is in contempt
13   of the summons, we have proposed giving the bank an opportunity
14   to cure that contempt by re-issuing the summons, by setting a
15   further conference date some date next week.  The government
16   will undertake efforts to serve the re-issued summons by all
17   available means, including by delivering it to King & Spalding
18   and any other method that is approved under 4(c), so that the
19   bank has an opportunity to cure; and if the bank does not
20   appear at the rescheduled conference, at that time the
21   government would contemplate requesting contempt sanctions
22   against the bank.
23            THE COURT:  And I would suggest you include that
24   process in the draft order as well.  It sounds like a viable
25   way to go forward.

1         Does anybody else want to be heard on this matter?  Of
2    course the record reflects that no one has appeared today on
3    behalf of Halk Bank, no attorneys in particular from King &
4    Spalding, as set forth in their letter saying that they were
5    not authorized to appear on behalf of Halk Bank.  So, I think
6    that's it.
7         Let me take a look at your order.  And if you leave
8    the date blank, maybe two weeks might be more to give Halk Bank
9    to review and perhaps reconsider, but something of that nature,
10   a week to two weeks, I would say.
11        MR. LOCKARD:  Yes, your Honor.
12        THE COURT:  Great.  So, I think that's it for today.
13   Just looking ahead somewhat, you all looked into the contempt
14   process and how it might apply to Halk Bank?
15        MR. LOCKARD:  We have reviewed those issues, and what
16   we would expect is to outline the Court's authority to issue
17   contempt sanctions in advance of the appearance.
18        THE COURT:  Great.  OK.  I think that's it for today
19   then.  Nice to see you all, and I look forward to receiving
20   that draft.
21        MR. LOCKARD:  Thank you, your Honor.
22        THE COURT:  You bet.
23        (Adjourned)
24
25