S.D.N.Y.-N.Y.C.<br>
15-cr-867<br>
Berman, J.

# United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

     At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 23rd day of December, two thousand twenty.

Present:

    Raymond J. Lohier, Jr.,
    Susan L. Carney,
    William J. Nardini,
             *Circuit Judges*.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:  _____
DATE FILED: December 23, 2020
```

In Re: Turkiye Halk Bankasi, A.S.,

             *Petitioner*.

---

Turkiye Halk Bankasi, A.S.,

             *Petitioner*,

    v.                                           20-3008

United States of America,

             *Respondent*.

---

United States of America,

             *Appellee*,

    v.                                           20-3499

Reza Zarrab, AKA Riza Sarraf, et al.,

*Defendants*,

Turkiye Halk Bankasi, A.S., AKA Halkbank,

*Defendant-Appellant.*

---

The above proceedings are CONSOLIDATED for the purposes of this order.

In the proceeding docketed under 20-3008, Petitioner seeks a writ of mandamus and Respondent moves for leave to file an oversized brief. Upon due consideration, it is hereby ORDERED that the Respondent's motion is GRANTED and the mandamus petition is DENIED because Petitioner has not demonstrated that its right to the writ is clear and indisputable, or that granting the writ is appropriate under the circumstances. *See Cheney v. U.S. Dist. Ct. for D.C.*, 542 U.S. 367, 380–81 (2004).

In the appeal docketed under 20-3499, Appellant moves to stay the district court proceedings and Appellee moves to dismiss the appeal or, alternatively, to expedite the appeal. Upon due consideration, it is hereby ORDERED that decision on the Appellee's motion to dismiss is DEFERRED. The motion is referred to the panel that will hear the merits of the appeal.

It is further ORDERED that Appellant's motion for a stay is GRANTED, *see U.S. Sec. & Exch. Comm'n v. Citigroup Glob. Mkts. Inc.*, 673 F.3d 158, 162 (2d Cir. 2012), and that, pursuant to Federal Rule of Appellate Procedure 2, this appeal shall be heard on an expedited basis. The clerk of the court is accordingly directed to set an expedited schedule.

> FOR THE COURT:
> Catherine O'Hagan Wolfe, Clerk of Court

*[Signature: Catherine O'Hagan Wolfe]*
*[Seal: United States Court of Appeals, Second Circuit]*

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

*[Signature: Catherine O'Hagan Wolfe]*
*[Seal: United States Court of Appeals, Second Circuit]*

CERTIFIED COPY ISSUED ON 12/23/2020