UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA,
                              Government,

     -against-

REZA ZARRAB,
                              Defendant,
-----------------------------------------------------------X

~~PROPOSED~~
**SEALED ORDER**

15 CR 867 (RMB)

For the reasons set forth in the letter dated July 11, 2018 submitted by the Defendant and consented to by the government, the following conditions supersede and replace the conditions of release set forth in the sealed order dated January 22, 2018 (the "January 22, 2018 Order"):

1- Defendant and his residence will be subject to random unannounced searches by a representative of Pretrial Services and/or representative of the Federal Bureau of Investigation.

2- Bond in the amount of $5 million signed by Defendant and secured by $100,000.00 pursuant to the January 22, 2018 Order shall remain in effect.

3- Pretrial supervision as directed by Pretrial Services.

4- Defendant shall not possess or use any phone other than that approved by the Government, which will be subject to search and review at the Government's or Pretrial Services' request.

5- Defendant shall not possess or use a computer other than that approved by the Government, which will be subject to search and review at the Government's or Pretrial Services' request.

6- Travel is restricted to the Southern and Eastern Districts of New York, the District of New Jersey, and the District of Connecticut with any travel outside of the aforementioned districts subject to prior approval by Pretrial Services and the Government.

7- Defendant's travel documents shall remain in the Government's custody except as approved by the Government, and no new applications for travel documents are permitted without the Government's prior approval.

8- Defendant shall not be required to hire a security company, but Defendant may be permitted to have security as he deems necessary for his personal safety.

Dated: New York, New York
       July 17, 2018

_____RMB_____
RICHARD M. BERMAN, U.S.D.J.