UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA,
                          Government,

        -against-

REZA ZARRAB,
                          Defendant,
-------------------------------------------------------------X

[PROPOSED] RMB
**SEALED ORDER**

15 CR 867 (RMB)

This order amends the travel restrictions set forth in paragraph 6 of the sealed order dated July 17, 2018 to state as follows:

Travel is restricted to the Southern and Eastern Districts of New York and the Southern District of Florida, including as necessary to travel between the districts. Any travel outside of the aforementioned districts remains subject to prior approval by Pretrial Services and the Government.

Dated: New York, New York
           12/4, 2018

*RMB*
**RICHARD M. BERMAN, U.S.D.J.**