

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 15, 2021

**BY ECF**
Hon. Richard M. Berman
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

> Re:   **United States v. Reza Zarrab,**
>        **S5 15 Cr. 867 (RMB)**

Dear Judge Berman:

The parties respectfully submit this letter pursuant to the Court's order dated November 1, 2021 (D.E. 707) to inform the Court regarding their positions as to what extent additional unsealing is appropriate under the current circumstances. The Government and defense counsel agree that additional unsealing is appropriate and are continuing to confer on the extent to which records appropriately should remain sealed.  The parties will provide a further update regarding their proposals.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by: _____/s/_____
Michael D. Lockard / David W. Denton, Jr.
Assistant United States Attorneys
(212) 637-2193 / -2744

cc: Robert Anello, Esq. (by ECF)