

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

July 2, 2026

**BY ECF**

Honorable Richard M. Berman
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

   Re:  United States v. Reza Zarrab,
      S5 15 Cr. 867 (RMB)

Dear Judge Berman:

   The Government respectfully requests an extension of the time for filing the Government's sentencing submission until Monday, July 6, 2026, at noon.  Counsel for the defendant consents to this request.

        Respectfully submitted,

        JAY CLAYTON
        United States Attorney

by: _____
        Michael D. Lockard
        Assistant United States Attorney
        (212) 637-2193

cc:  Counsel of record (by ECF)