# Exhibit 2

**Exhibits to Sentencing Memorandum of Reza Zarrab**

*United States v. Reza Zarrab*, 15 Cr. 867 (RMB)

| | Letters |
|---|---|
| Exhibit A | Dilara Altintop |
| Exhibit B | ███████████ |
| Exhibit C | ███████████ |
| Exhibit D | ████████████████ |
| Exhibit E | ████████████ |
| Exhibit F | █████████████ |
| Exhibit G | ████████████ |
| Exhibit H | Richard J. Armas |
| Exhibit I | █████████████ |
| Exhibit J | Professor Banu Bingol Gunenc |
| Exhibit K | Professor Mustafa Ziya Gunenc |
| Exhibit L | Manuchehr Negahban |
| Exhibit M | ██████████ |
| Exhibit N | Gita Saran |
| Exhibit O | Arlenes Candal |

1

# Exhibit A

May 19, 2026

Dear Judge Bennan,

My name is Dilara Altıntop, and I am the wife of Reza Zarrab. I am writing this letter in connection with my husband's upcoming sentencing.

I was born and raised in Turkey and moved to the United States when I was 18 to pursue my college education. I earned a Bachelor of Arts in Political Science from Florida Atlantic University, completed a Paralegal Certificate program at Boston University, and earned my Master of Business Administration from Westcliff University. I am currently pursuing a Doctorate in Business Administration at Westcliff University. From when I was 12 until I was 21 years old, I was a member of the Turkish National Swimming Team. I had the honor of representing Turkey in numerous international competitions, including the European Youth Olympic Games, the FINA World Championships, and the LEN European Championships. In 2011, I became a world champion at the International School Sport Federation (ISF) Swim Cup held in Malta. Throughout my athletic career, I won numerous medals and broke multiple national records.

I share these details simply to provide some context about who I am. I have spent my life setting goals, working hard, and making independent decisions. For that reason, I believe it is important for the Court to know that my relationship with Reza was built on my own personal experiences and observations of him, not on public opinions or assumptions.

I understand that Reza has pleaded guilty and accepted responsibility for several criminal offenses. I also understand the seriousness of the conduct that brought him before this Court. My purpose in writing is not to minimize those actions or excuse them, but rather to share my personal experience with the man I have come to know and the impact that these past years have had on him and our family.

Before I met Reza, I never imagined he would become the person I would spend my life with. I knew of him from the Turkish media, which depicted him as a traitor to the nation. Like many people, I formed impressions based on headlines and media coverage. After we met in 2023, and as our relationship grew, I came to know someone who is caring, thoughtful, and deeply devoted to the people he loves. What drew me to him was not anything material or extraordinary, but his kindness, generosity, and the way he treated the people around him. The man I came to know through our relationship was far more complex and human than the public image that surrounded him. While I fully recognize the seriousness of the offenses to which he pleaded guilty, I also came to know a compassionate, caring, and deeply loyal person whose character cannot be fully understood through public perception alone.

The past several years have not been easy. The difficulties we have faced have not been because of our marriage or our family life, but rather the consequences that followed this case and the decisions Reza made years ago. I have witnessed firsthand the emotional burden he has carried throughout this process.

For more than three and a half years, I have watched him live with a constant sense of concern for others. It is not unusual for him to wake up in the middle of the night, often around 3:00 a.m., unable to sleep. Many nights he calls family members and loved ones in Turkey simply to make sure they are safe and that no one is facing retaliation because of his cooperation. The fear that someone he cares about could be harmed or targeted because of him has weighed heavily on his mind for years.

I have also witnessed the personal losses he has endured. Beyond the legal consequences themselves, he has lost the ability to return freely to the country where he was raised. He has been separated from family members, lifelong friends, and many of the people and places that shaped his life. He has carried the burden of public scrutiny, damage to his reputation, and the loss of much of the life he once knew. The weight of losing his home country, his good name, his pride, and many of the relationships and opportunities he once had has been extraordinarily heavy on his shoulders.

While none of these hardships diminish the seriousness of the offenses to which Reza pleaded guilty, I believe they have profoundly changed him. I have watched him reflect on his actions, accept responsibility for them, and live with their consequences every day. Despite the burdens he carries, he has always tried to shield me from the worries and pain that he keeps inside himself. Even during the most difficult periods, he has made a conscious effort to remain strong for our family and to make sure I feel supported, loved, and protected.

Despite everything he has endured, he continues to move forward with determination. Every morning, he wakes up early and goes for a jog, maintaining a routine that helps him cope with the stress and uncertainty he continues to live with.

I can say without hesitation that he has been an extraordinary husband to me. He has always been supportive, caring, and deeply attentive to the people he loves. Even while carrying his own worries, he consistently puts the needs of others before his own and remains a source of strength for those around him.

As his wife, I have seen a side of Reza that few people have had the opportunity to see. I have seen his struggles, his regrets, and his efforts to become a better man despite the challenges he continues to face. The person I know today is someone who carries the weight of his past mistakes, but who is genuinely committed to building a better future.

I respectfully ask the Court to consider not only the mistakes that brought Reza before you, but also the years of consequences he has already endured, the person he has become, and the family and relationships that continue to depend on him and benefit from his presence.

Thank you for your time, consideration, and attention to my letter.

Respectfully,

Dilara Altıntop

# Exhibit B

# [Filed Under Seal]















# Exhibit C

# [Filed Under Seal]











# Exhibit D

# [Filed Under Seal]











# Exhibit E

# [Filed Under Seal]



# Exhibit F
# [Filed Under Seal]



# Exhibit G

# [Filed Under Seal]







# Exhibit H



## A&A
UNDERWATER ADVENTURES



*Your Underwater Adventure Awaits*

Dear Judge Richard M. Berman,

I am writing this letter at the request of ███████████, whom I have known personally for over five years. During our five-year friendship, ████ and I have become frequent scuba diving partners, often diving together several times a month. In the diving community, a "buddy" is more than just a companion; it is a role that requires absolute trust, discipline, and the ability to remain calm under pressure. As a retired Federal Corrections Officer, I do not grant my trust lightly. However, I trust ████ implicitly. Whether we are preparing equipment or navigating challenging underwater environments, he has consistently demonstrated reliability, focus, and safety consciousness.

Beyond our time in the water, I have found ████ to be a respectful and outgoing individual. He has a naturally helpful temperament; he is often the first person to offer assistance to others or to provide sound, level-headed advice when asked. In my professional experience, I have encountered individuals from all walks of life, and I can say with confidence that ████ possesses a character defined by kindness and a genuine regard for those around him.

████ has shared some details with me about his current legal case including that he has plead guilty to federal crimes and his sentencing is happening soon. Despite these challenges, my opinion of his fundamental character remains unchanged. I believe he is a man of integrity who is capable of being a productive and responsible member of the community.

Thank you for considering my perspective as you evaluate this matter. I am available should any further information be required.

Respectfully,

Richard J. Armas



# Exhibit I

June 15, 2026

Honorable Judge Richard M. Berman,

My name is ███████████. I am a scuba diving instructor, and I have known Reza Zarrab since the summer of 2013, when he came to me as a diving student.

At the time, I had no idea that a student would become one of my closest friends. Over the last decade, we have spent countless hours together on boats, underwater, traveling, working on projects, and simply talking about life. Because of that, I feel I have had the opportunity to see who Reza really is, not during his best moments or his worst moments, but in everyday life.

I have known Reza for over a decade, and I would like to share my perspective on the person I have come to know during that time.

One of the moments that shaped my respect for Reza most deeply took place in 2015, when we were both living in Bodrum, Turkey. Because Bodrum is so close to the Greek island of Kos, it became a passage point during the Syrian war for people trying to escape to Europe. Many became victims of human trafficking, and many lost their lives in the Aegean Sea.

During that critical time, Reza reached out to me. He was organizing a search and rescue operation in coordination with local authorities, and he asked me to join him. Without a second thought, he committed every resource he had to the cause: his own boats, his manpower, and his personal funding.

From July 9th to September 20th, 2015, we fought against time and the elements. Together, we pulled refugees from sinking vessels, dragging desperate people, including terrified children, out of the sea and bringing them safely to shore.

Our team consisted of just eight people, operating with a 53-foot motor yacht, a 32-foot fishing boat, and a RIB. Between those grueling months of July and September, we carried out 12 rescue missions. This was not simply a matter of patrolling the water. We navigated rough seas, searched remote islets along the Bodrum coast for stranded survivors, and took part in underwater recovery operations for those who had tragically lost their lives.

Every mission demanded courage, determination, and self-sacrifice. I saw Reza repeatedly put himself in difficult and dangerous situations to help people he had never met. He never did it for recognition or praise. He did it because he could not stand by while people were suffering and losing their lives at sea.

Witnessing those months firsthand taught me more about Reza's character than any conversation ever could.

Over the years, I have seen the same qualities in many other situations. Reza has always cared deeply about the ocean and marine life. Diving was never just a hobby for him. He genuinely wanted to understand and protect the environment around him.

He supported the diving community in meaningful ways and participated in ocean conservation efforts, including coral reef restoration. In Florida, he helped organize dives aimed at cleaning the ocean, including removing discarded fishing lines and debris from recreational wreck sites, which can seriously damage marine habitat and wildlife. These were not symbolic gestures. They reflected a genuine concern for nature and a real willingness to take action.

Another example that has stayed with me involves his former boat captain, █████ ██████

Many people help others when it is convenient. What tells you who someone really is is what they do when nobody is watching.

When Captain █████████ became seriously ill, Reza stood by him. He helped arrange medical treatment, supported him financially, and remained involved throughout his illness.

Sadly, Captain ████████████ passed away in 2009. Even after his passing, Reza continued to support his family financially. He continued helping his wife until 2016, making sure that she and their daughter, who was attending college, would not be left without support. He had no obligation to do this. He did it quietly, out of loyalty and conscience.

That is the Reza I have known.

He has always been a loyal friend. He has always been there when people needed him. He has been kind to my family and supportive during difficult moments in my own life. He is someone I trust completely.

I also saw the effect that imprisonment and years of separation had on him.

I visited him whenever I could. Every time I left, I carried the same feeling with me. I could see how much pain he was carrying.

The hardest thing for him was being separated from his daughter.

As a father myself, I cannot imagine missing years of my child's life. I saw how deeply that affected him. It was something he spoke about often, and it was a burden he carried every day.

The man I see today is different from the man I met over a decade ago. He has experienced loss, separation, and consequences that have left a lasting impact on him. I believe those experiences have given him a deeper appreciation for family, responsibility, and the future he is trying to build.

Today, I see someone who wants nothing more than to live a stable life, care for the people he loves, and contribute positively to those around him.

Your Honor, I simply wanted to share the perspective of someone who has known Reza closely for many years.

When I think about Reza, I do not think about headlines or court proceedings. I think about the man who spent months helping rescue refugees in the Aegean Sea, who quietly

supported a captain's family for years after his passing, who devoted his time to protecting the ocean, and who has always shown kindness and loyalty to the people around him.

For these reasons, I respectfully ask the Court to consider the person I have come to know over the last decade and to give him the opportunity to continue rebuilding his life.

Thank you for your time and consideration.

Respectfully,



# Exhibit J

01.06.2026

The Honorable Richard M. Berman

United States District Judge

Dear Judge Berman,

My name is Prof. Dr. Banu Bingöl Günenç. I am a Professor of Obstetrics and Gynecology and have practiced medicine for more than two decades at Gayrettepe Florence Nightingale Hospital while also teaching medical students at the university level. I am 51 years old, married, and the mother of one daughter.

I am writing to share my personal observations of Reza Zarrab, whom I have known for nearly twenty years. During my career as a physician, I have met and worked with thousands of people from all walks of life. As a doctor, I am trained to observe people carefully, particularly during difficult moments when their true character is revealed. It is from that perspective that I offer this letter.

What began as an acquaintance through his former spouse gradually developed into a close friendship. Over time, my husband and I came to view Reza not as a social acquaintance, but as someone who became part of our daily lives and family circle.

Throughout the many years I have known him, one quality has remained constant: his willingness to help others without expecting anything in return. Reza has always had a remarkable ability to show up for people during their most difficult moments. Not in a superficial way, but with genuine commitment, consistency, and compassion.

As a physician, I have personally witnessed him assist individuals facing serious medical conditions. On numerous occasions, he arranged medical care and covered the costs of complex procedures for people who otherwise would not have had access to treatment. These included cancer treatments, cardiac procedures, and neurological surgeries. What impressed me most was that he never treated these actions as favors deserving recognition. He simply believed that if he had the ability to help someone in need, he should do so.

1

One case remains especially memorable to me. A young woman named Gita Saran, who worked for Reza, was diagnosed with breast cancer at the age of 27. At such a young age, she was facing not only a life-threatening illness but also the possibility of losing her ability to have children as a result of the treatment. Rather than simply offering assistance from a distance, Reza became personally involved in helping her through one of the most difficult periods of her life.

During a laparoscopic ovarian tissue preservation procedure performed before her cancer treatment, Reza accompanied Gita to the hospital and remained present throughout the operation. He provided emotional support, practical assistance and financial help to ensure she received the care she needed. What impressed me most was that he treated her not merely as an employee, but as someone whose future genuinely mattered to him.

Years later, after successfully completing cancer treatment, Gita was able to use the preserved ovarian tissue through IVF treatment and ultimately gave birth to a child. As a physician, witnessing that outcome was profoundly meaningful. I have never forgotten the role Reza played in helping make that future possible. His involvement went far beyond that of an employer; it reflected the compassion and sense of responsibility toward others that I have consistently observed throughout the many years I have known him.

Another moment that remains vivid in my memory occurred during my own mother's cancer surgery. Reza sat beside me in the hospital for approximately eight hours while we waited for the operation to be completed. He did not come for recognition or because anyone asked him to. He simply stayed. He remained by my side before, during, and after the surgery, offering support and comfort during one of the most difficult days of my life. That level of loyalty and presence is something I have never forgotten.

His impact on my life has also been deeply personal. For many years, I had not planned to have children. Reza was one of the few people who encouraged me to think about my future and long-term happiness. When I experienced the loss of my first pregnancy, he stood beside me with compassion and support. Years later, when I was blessed with the birth of my daughter, he shared in that joy as well. Through both heartbreak and happiness, his friendship remained steady and sincere.

When Reza was arrested in 2016, my family and I experienced the same shock felt by many who knew him. For days, there was no information, and it felt as though someone we considered family had suddenly disappeared. When communication was eventually restored, even in a limited form, the relief was indescribable

2

I understand that Reza has accepted responsibility for his actions. My purpose in writing is not to discuss legal matters but to describe the person I have known for nearly two decades. Over the years, I have seen him mature, reflect upon his experiences, and develop a deeper appreciation for his responsibilities toward others.

In my professional life, I have learned that people are more than the worst mistake they have ever made. Character is revealed through years of actions, relationships, sacrifices, and the way a person treats others when there is nothing to gain. Based on everything I have personally witnessed, I believe Reza is a compassionate, loyal, and generous individual who has positively affected many lives, including my own.

Your Honor, I respectfully ask that you consider not only the mistakes that brought Reza before the Court, but also the person he has been to so many people throughout his life and the person he has worked to become. I sincerely believe he has learned from his experiences and deserves the opportunity to continue building a productive and meaningful future.

Thank you for your time and consideration.



Banu BINGOLGUNENC

3

# Exhibit K

03.06 2026

Honorable Judge Richard M. Berman,

I am truly grateful for the opportunity to share my observations regarding Reza's character, with the hope that you will take the time to consider this letter.

During the years Reza lived in Turkey, my wife and I were in frequent contact with him and his family. We can sincerely say that we are among his close friends. I am an Associate Professor, M.D., and after working in various universities as a faculty member, I currently continue my medical practice at a private hospital.

I first came to know Reza personally through his former spouse, who is an artist. Throughout her pregnancy, the birth of their daughter Alara, and her upbringing, our friendship continued and we frequently met as families.

Over the years, our affection and respect for Reza steadily grew. As we witnessed his kindness toward his family, his close circle, his former spouse's friends, his daughter, and many others, our admiration for him increased sincerely.

I have personally witnessed Reza's generosity and willingness to help others, both financially and emotionally. He has assisted numerous individuals in times of need. Among those he supported were members of his former spouse's family and other people in their circle. I have directly witnessed him covering major medical expenses, including brain surgeries, breast cancer treatments, and heart surgeries, even for individuals living abroad.

Reza has also personally helped me in two significant ways. First, he played an important role in encouraging my wife and me to have a child. Today, we have a 10-year-old daughter, and we are very happy. At the time, we were overly focused on our academic careers and had been postponing starting a family. Reza helped my wife see things differently, and for that, I remain deeply grateful.

I have also met Reza's family. His parents and he himself are individuals worthy of respect and affection. They are known within their community as trustworthy and honorable people.

During his difficult years in the United States, Reza lost his father. Despite this, he has always considered it his duty to stand by his friends in both difficult and joyful times. This is why he has built strong and lasting friendships. Whenever we meet, I feel a sense of

1

closeness as if he were a brother. I know that many of his friends share the same sentiment.

In social life, many people, including myself, can attest to his loyalty, reliability, and friendship. In his younger years, he was sincere, quick-thinking, and sometimes bold. In our most recent interactions, however, I observed a more mature individual, guided by strong moral values and ready to contribute positively if given the opportunity.

I respectfully submit this letter for your consideration.

Gunerg, Mustofa Ziya



# Exhibit L

April 22, 2026

Honorable Judge Berman,

My name is Manuchehr Negahban. I am a U.S. citizen, born in 1966, and I have been living in the United States for 26 years.

My friendship with Reza goes back to before the COVID period, although our families had known each other for a long time. My sister and Reza's sister are very close, almost like sisters, and I originally met Reza through my sister.

When I met Reza, I was running a small cafe in Virginia. When the pandemic hit, my business was forced to close, and I accumulated debt. Around the same time, I received very difficult news that my sister's husband had been diagnosed with stomach cancer. It was a very heavy period in my life.

During that time, Reza offered me a job in construction at a horse facility he was building in Florida. I had some experience in construction and he made this offer after hearing about my situation through his family. I understood that he was trying to help me, and I accepted his invitation. I moved to Florida, and that is where our friendship truly began and continues to this day.

From the beginning, Reza welcomed me into his home with trust. He gave me a room in his house and treated me more like an older brother than anything else. Because of how I was raised, I tried to respond to his kindness with honesty and loyalty. I also tried to be there for him emotionally when he needed support.

After spending time in his personal life, I began to understand how deeply he had been affected by everything he had gone through. The hardship of prison, the problems that followed, and especially being separated from his family, his wife, and his young daughter had a serious impact on him. The level of loneliness and emotional pain I witnessed is something I have rarely seen in another person.

There were times when the pressure on him was so heavy that he would break down. I remember moments when he spoke about feeling hopeless, even mentioning thoughts of suicide. Those moments affected me deeply and made me think about how I could support him through that difficult period.

At the same time, I also saw his strength. Over time, he tried to rebuild his life. He focused on work and stayed busy, especially while building the horse stables project. We worked together day and night to build the stables. Sometimes we worked like ordinary laborers, installing tiles, painting walls, laying pavers, and doing many other tasks ourselves to complete the project properly and on time. I have included photos and videos from those days that show how hard he worked.

We also faced challenges with contractors. Some people took advance payments and never completed their work. Each time I suggested taking action, Reza would tell me to leave them alone, saying that what they took already showed who they were. I saw in those moments that he preferred to move forward rather than create more conflict.

In daily life, I observed that he treated everyone with respect. He was humble and approachable. People felt comfortable around him. Whenever someone had financial difficulties, he would try to help if he could. I personally experienced this as well.

We often spoke about the future. I clearly remember him asking if there would ever be a time when he could live a peaceful life again, without shame, and be able to spend time with his wife and daughter. Unfortunately, his marriage later ended, and he also faced separation from his daughter, which caused him additional emotional pain. Despite this, he continued trying to move forward.

I have heard him express regret for his past many times. He told me that if he had known where his earlier decisions would lead, he would have never chosen that path. His goal, especially through his projects, was to show that he is no longer the person he once was and that he wants to be a positive and productive member of society.

From what I personally witnessed during the four years I worked closely with him, I saw a person who has been deeply affected by life, who regrets his past, but who still has hope and is trying to build a better future.

As someone who has been close to Reza and has seen him through both his lowest and rebuilding moments, I respectfully ask you to give him another chance. I truly believe he wants to live a normal, honest, and productive life and prove that he can contribute positively to society.

Thank you for taking the time to read my letter.

Respectfully,

Manuchehr Negahban
Phone: ███████████





# Exhibit M

# [Filed Under Seal]











# Exhibit N

The Honorable Richard M. Berman

United States District Judge

Dear Judge Berman,

My name is Gita Saran. I am 42 years old, and I currently live in Turkey. Many years ago, I worked in the accounting department of one of Reza Zarrab's companies.

I am writing because there is something very important I have carried with me for many years, and it is directly connected to Reza.

When I was 27 years old, I was diagnosed with breast cancer.

At that age, I was not thinking about serious illness. I was thinking about my future, my career, and one day having a family of my own. Suddenly, everything changed. I was frightened, overwhelmed, and facing decisions I never imagined I would have to make.

At the time, I was living far from my family and did not have the support system many people rely on during a medical crisis.

What I remember most from that period is that Reza never treated me as just an employee.

He helped me find doctors, arranged appointments, and regularly checked on me. But more than that, he made sure I never felt alone during one of the most difficult periods of my life.

Before my chemotherapy began, Reza encouraged me to think about something I had not fully considered at the time: preserving my ability to have children in the future.

Honestly, my only focus was surviving cancer. I was not thinking years ahead. He was.

He encouraged me to go through the egg preservation process before treatment started and helped make those arrangements financially possible. He also arranged mental health support for me and also paid for it.

At the time, I did not realize how important that decision would become.

One memory from that period has stayed with me all these years. After one of my surgeries, I opened my eyes and saw Reza sitting beside me holding my hand. I was scared, exhausted, and uncertain about what the future would look like. Seeing someone there who genuinely cared brought me a sense of comfort I will never forget.

Thankfully, I recovered.

Years later, I got married and became a mother.

Every time I look at my child, I think about that period of my life and how different things could have been. The opportunity to become a mother is one of the greatest gifts I have ever received, and there is no doubt that Reza played an important role in making that possible.

I know many people may know different sides of Reza. I can only speak about the side I personally experienced.

When I was sick, vulnerable, and afraid, he showed up. He helped me. He supported me. And he continued to care long after the immediate crisis had passed.

For that, I will always be grateful.

Thank you for taking the time to read my letter and consider my experience.

Respectfully,

Gita Saran

Phone: ████████████

# Exhibit O

June 8, 2026

Dear Judge Berman,

My name is Arlenes Candal. I was born in 1978 in Cuba, and I have been living in the United States for about 30 years. I am a mother of two children.

I worked as a housekeeper for Reza in Miami, Florida for about 6 years. I am writing this letter to share what I have personally seen during that time.

When I first started working for him, I was working on my own. With his encouragement and support, I was able to grow from being a single housekeeper into building my own cleaning company. Today, I have other people working with me, and I am proud of what I have achieved. His support gave me the confidence to move forward in my life.

In his home, he always treated me with respect. He never made me feel like just an employee. He treated me more like a sister, and that is something I will never forget.

Over the years, I also saw how much he has suffered. The pain he has gone through is something I have never seen in anyone else in my life. I witnessed it day by day.

After family members would leave and return to Turkey, and especially when his daughter visited and then left, he would completely break down. He would lose the ability to eat, to focus, or to continue his normal daily life. There were times he would stay in a deep sadness for days, unable to do even simple daily things.

I have also seen how this has affected his health. He has struggled with sleep and with depression as a result of everything he has been through.

Despite all of this, I never saw him treat people badly. Even during his hardest moments, he remained respectful to everyone around him.

Today, I see that he is trying to move forward. He has a wonderful and very educated wife, and they are trying to build a new life together.

I know he has accepted responsibility for his actions and has pleaded guilty. What I can speak about is the person I have seen every day in his home.

I respectfully ask that you consider what I have shared and, if possible, show him leniency so he can continue building his life.

Thank you for taking the time to read my letter.

Respectfully,

Arlenes Candal