UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------------------- x

UNITED STATES OF AMERICA, :

Government, :

-against- :

REZA ZARRAB, :

Defendant, :

---------------------------------------------------------------------------------- x

**ORDER**
15 CR 867 (RMB)

On or about January 29, 2018, Defendant Reza Zarrab furnished $100,000 to the Court as a bond to secure his appearance in this matter. On July 14, 2026, the Court sentenced Mr. Zarrab to time served, and the conditions of Mr. Zarrab's appearance bond have been fully satisfied. The funds that Mr. Zarrab furnished to the Court as an appearance bond are currently being held in the Court's registry, and Mr. Zarrab has consented to the Court's registry disbursing the funds to Morvillo Abramowitz Grand Iason & Anello P.C. on his behalf.

IT IS HEREBY ORDERED that, pursuant to Federal Rule of Criminal Procedure 46(g), Mr. Zarrab's appearance bond is exonerated;

IT IS FURTHER ORDERED that the Court's registry shall disburse Mr. Zarrab's appearance bond in the amount of $100,000, together with any interest payable according to applicable law, to Morvillo Abramowitz Grand Iason & Anello P.C. ("MAGIA") via Electronic Funds Transfer (EFT) after MAGIA provides its banking information to the Court Clerk's Office by completing an AO-213p form and an IRS W9 form for tax reporting purposes.

Dated: New York, New York
August 20, 2026

RMB

**RICHARD M. BERMAN, U.S.D.J.**